UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD HOLT, et al.,

    Plaintiffs,

                                                       Case No. 1:15-cv-931

v.

                                                       HON. JANET T. NEFF

CITY OF BATTLE CREEK,

    Defendant.
_____/

## NOTICE OF HEARING

      TAKE NOTICE that the following proceedings have been **rescheduled** as set forth below:

Type of hearing:     **Final Pretrial Conference**     **August 13, 2018 at 10:00 AM**
                            **Bench Trial**                         **August 22, 2018 at 9:00 AM**
      (previously set for 6/5/2018 at 1:30 PM and 6/12/2018 at 9:00 AM, respectively)

Judge: Janet T. Neff
Place/Location: 401 Federal Building, Grand Rapids, MI

**Any amended trial submissions must be filed no later than August 6, 2018**.

                                                          JANET T. NEFF
                                                          United States District Judge

Dated: June 5, 2018                                     By:  /s/ Rick Wolters
                                                                  Case Manager