1          UNITED STATES DISTRICT COURT

2     FOR THE WESTERN DISTRICT OF MICHIGAN (SOUTHERN DIVISION)

3

4  HOWARD HOLT and MARTIN ERSKINE,

5               Plaintiffs,

6  vs.                              File No. 1:15-CV-00931
                                    Hon. Janet T. Neff
7  CITY OF BATTLE CREEK, MICHIGAN,

8               Defendant.

9  _____/

10          VIDEO TAPE DEPOSITION OF LARRY HAUSMAN

11 Taken by the Defendant on August 9, 2018 at the offices of Kreis,

12 Enderle, Hudgins & Borsos, P.C., One West Michigan Avenue, Battle

13 Creek, Michigan, at 10:00 a.m.

14

15 APPEARANCES:

16 For the Plaintiff:  Mr. Robert A. Alvarez (P66954)
                       AVANTI LAW GROUP, PLLC
17                     600 28th Street, SW
                       Grand Rapids, Michigan  49509-2940
18                     616/257-6807

19 For the Defendant:  Mr. Mark E. Kreter (P35475)
                       KREIS, ENDERLE, HUDGINS & BORSOS, P.C.
20                     One West Michigan Avenue
                       Battle Creek, Michigan  49017
21                     269/966-3000

22 Also Present:  Howard Holt, Martin Erskine, Daniel Boocher, Marisol
                  Saucedo
23 REPORTED BY:           Ms. Mary B. Howland, CSR0078, CM
                          Certified Shorthand Reporter
24                        800-878-8750

25

TABLE OF CONTENTS

WITNESS:

LARRY HAUSMAN

Examination by Mr. Kreter                     4

Examination by Mr. Alvarez                   38

Further examination by Mr. Kreter            51




EXHIBITS:

(None marked.)

---

Mr. Alvarez, do you have any objections to the notice of this deposition?

MR. ALVAREZ:  No objection to the notice.

MR. KRETER:  Thank you.  Any other objections?

MR. ALVAREZ:  No objection.

LARRY HAUSMAN,

(At 10:14 a.m., sworn as a witness, testified as follows)

BY MR. KRETER:

Q   Thank you.  For the record can you please state your full name?

A   Larry Joseph Hausman.

Q   And what is your current address?

A   12435 Sonoma Road, Battle Creek, Michigan.

Q   What is your current occupation?

A   Retired.

Q   Trial in this case is scheduled for August 22nd and August 23rd.  Are you in the State of Michigan at that time?

A   No, I'm out of the state.  Will be in the Carolinas at that time.

Q   And has that been a trip that has been scheduled for some time?

A   Yes, about six months.

Q   Did you ever work for the City of Battle Creek?

A   Yes, I did.

---

Battle Creek, Michigan

Thursday, August 9, 2018 - 10:10 a.m.

VIDEO OPERATOR:  August 9th, 2018.  We're on the record at 10:13 a.m.  United States District Court for the Western District of Michigan, Southern Division, case number 115-cv-00931.  Howard Holt and Martin Erskine, plaintiffs, versus City of Battle Creek, Michigan, defendants.

We're located in Battle Creek, Michigan.  We're here to take the videotape deposition of Mr. Larry Hausman.

Will the attorneys please identify themselves?

MR. ALVAREZ:  Robert Anthony Alvarez, from the Avanti Law Group on behalf of the plaintiffs.

MR. KRETER:  Mark Kreter of Kreis Enderle on behalf of defendant City of Battle Creek.

VIDEO OPERATOR:  Will the court reporter please swear in the witness.

REPORTER:  Do you swear or affirm the testimony you are about to give will be the truth, the whole truth and nothing but the truth, so help you God?

THE WITNESS:  I do.

MR. KRETER:  Let the record reflect this is the time and place for the taking of the de bene esse deposition of Larry Hausman.  It is intended that this deposition be used in lieu of Mr. Hausman's live testimony at trial, which is scheduled for August 22nd and August 23rd.

---

Q   In what capacity?

A   I was -- I worked for the City of Battle Creek in the capacity of the Fire Lieutenant and the Fire Chief.

Q   Did you work as a firefighter?

A   No, I did not work for the City of Battle Creek as a firefighter.  I worked for Battle Creek Township as a firefighter prior to the merger of the City of Battle Creek.

Q   When did you first become employed with the City of Battle Creek?

A   With the City of Battle Creek was January 1st, 1983, that's when the City of Battle Creek and Battle Creek Township merged.

Q   And prior to that time you worked for the Township?

A   I worked for Battle Creek Township.  My date of employment there was August 26, 1973.

Q   And what did you do for the Township?

A   I was a firefighter then was promoted to Lieutenant.

Q   And then when you started with the City of Battle Creek in 1983, what was your position?

A   I was a Lieutenant Line Officer.

Q   Did you progress from there?

A   I was promoted to Fire Chief in June 29th, 1997.

Q   And how long did you serve as Fire Chief?

A   I retired April 26th, 2013.

Q   During your tenure as Fire Chief, did you have an opportunity

1   to work with Howard Holt and Martin Erskine?
2 A   Yes, I did.  I had the opportunity to work with both of them.
3 Q   And did you work with them before they became Battalion
4   Chiefs?
5 A   Yes, I did.
6 Q   How long have you known Mr. Holt and Mr. Erskine?
7 A   Well, since the day they were hired and I think I can't give
8   you those dates.  But I would say probably -- Howard was
9   probably around '83 or '84 and Marty don't know what year for
10   sure.  I can't give you.
11 Q   Were you involved with their promotion to Battalion Chiefs?
12 A   Yes, I was.
13 Q   Could you explain that process to me?
14 A   Well, promotional procedure in this -- City of Battle Creek is
15   governed under Act 78.  And at which time they were eligible,
16   ripe for Battalion Chief because they had two years in the
17   next lower grade which is Fire Captain.  So they sit down and
18   they write a competitive exam.  Upon passing that exam, they
19   go before an Oral Board.  And then after the Oral Board, then
20   their seniority posts come into play.  And that comprises a
21   list, if they have a passing score, which they both did, and
22   then they go on a list to be picked from.  Under the Civil
23   Service Rules that were negotiated by the City of Battle Creek
24   some years ago, I can pick from a group of three, the top
25   three.  So then I make a recommendation on who I would like to

1 Q   Did you discuss with them at that time, the standby
2   requirements?
3 A   Yes.  At that time we had no -- we no longer had 53 hour
4   Battalion Chiefs, we have gone to the 40 hour Battalion
5   Chiefs.  So they knew we were on a three week rotation.  I was
6   in that rotation.  So every third week we were on-call after
7   5 o'clock in the evening and on the weekends --
8 Q   So --
9 A   -- for the purpose of responding to structure fires.
10 Q   So explain what the 53 hour week was.
11 A   Prior to going back to using 40 hour Battalion Chiefs, we had
12   a 53 hour Battalion Chief who worked 24 hour shifts.  You had
13   an A shift, a B shift, and a C shift.  So you had a Battalion
14   Chief on duty 24 hours around the clock was assigned to
15   Station 1.  So they worked 24 hours and they had 48 hours off.
16   They worked 24 hours and they had 48 hours off.  So every
17   third day they were at the fire station.  And that just
18   repeated.  There was a Kelly Day in there.  So every -- there
19   was allowed a Kelly Day every certain period.  But it was
20   24/48.
21 Q   What's a Kelly Day?
22 A   A Kelly Day is to comply with the state law for hours.  And it's
23   a day off.
24 Q   All right.  Were you involved in the decision to switch from
25   53 hours to 40 hours?

1   pick to the City Manager, who ultimately is the appointing
2   authority in the City of Battle Creek.  At which time he will
3   send them -- if he agrees with my decision, will send them a
4   letter of employment.  So I did pick both Battalion Chief Holt
5   and Erskine to be Battalion Chiefs.
6 Q   And that recommendation was approved by the City Manager at
7   the time?
8 A   Yes, it was.
9 Q   Is there a reason the City Manager has that approval
10   authority?
11 A   Under Act 78 he is the appointing authority under the law.
12 Q   So it's your role to make a recommendation?
13 A   It's my role to make a recommendation, yes.
14 Q   When you chose Mr. Holt and Mr. Erskine, did you explain to
15   them what their job duties would be?
16 A   Yes.  They were both very well aware of what their
17   responsibilities in the job were.  They were both Fire
18   Captains, were very knowledgeable people, very good employees
19   of the City of Battle Creek.  And we had -- we had -- I had an
20   interview with both of them prior to taking the job in
21   reference to the roles and the responsibilities.  My
22   expectations of what I -- what I wanted and defined what their
23   -- the duties are different for both of them.  And that was
24   all explained to them.  And they both accepted the position
25   and fulfilled the role very well.

1 A   Yes, I was.  The City has some financial constraints going on
2   at the time.  We, as times changed, there is more paperwork,
3   there is more records we have to keep, there is more
4   administrative duties.  And I did not have an Assistant Chief.
5   And when I had 53 hour Battalion Chief, we having face time with
6   explained.  They would work Monday, Thursday, Sunday,
7   Wednesday, Saturday.  There was issues with continuity
8   sometimes.  There was issues with me having face time with
9   them.  In one week they only worked Wednesday.  So I seen we
10   had three different shifts, at that time there was no way the
11   City was going to add personnel, so I had to find a way to
12   have somebody who could do more administrative duties and be
13   there every day and I also thought it would help continuity,
14   because I had it divided up by suppression and administrative
15   tasks.  So one was in charge of suppression and one was in
16   charge of administrative.  And then all three of us were there
17   every day.  So we could have discussion about training across
18   the board, you know, I had one person in charge of the
19   suppression division.  And so they were there Monday through
20   Friday.  I was there Monday through Friday.  So every -- we
21   were there every day together as opposed to me seeing them on
22   a Wednesday one week, and a Tuesday and a Friday the next week
23   if they didn't take a vacation or something.  So it was done
24   for financial reasons and it was also done for reasons of
25   there was administrative work all the time.

1  Q   From your standpoint, it was more efficient?
2  A   It was more -- yes, it was definitely more efficient.  And
3      then it had efficiencies throughout the department.  I had
4      some very good employees in those rules and it was a very
5      positive experience.
6  Q   When was this implemented, do you recall?
7  A   I think about 2004, but -- I believe about 2004.  I can't
8      positively tell you the date.
9  Q   Do you know if this was negotiated?
10  A   Yes.  The Battalion Chiefs are not -- they are not part of the
11      union, but they are recognized by the City of Battle Creek as
12      a -- for negotiating purposes as an organization.  So that was
13      negotiated.  They have the contract, and that contract had to
14      be renegotiated.  And the contract was renegotiated with the
15      City to reflect the hours and the change in pay.  The pay rate
16      was changed.  Hours were changed.  But yes, it was negotiated
17      with the City of Battle Creek.
18  Q   And were you involved with those negotiations?
19  A   Yes, I was.
20  Q   Was Mr. Claggett also involved?
21  A   Yes, he was.
22  Q   Did you discuss with -- now, Mr. Holt became a Battalion Chief
23      first, correct?
24  A   Yes.  Howard was promoted prior to.
25  Q   And Mr. Erskine, I think, came on in 2012?

1      charge of many administrative functions and also was in charge
2      of fire prevention training division.
3  Q   Mr. Holt was in charge of suppression?
4  A   Yes, he was.
5  Q   And Mr. Erskine in charge of administrative.
6  A   He was Administrative Battalion Chief in charge of
7      responsibilities, fire prevention training.
8  Q   Were they part of the fire department management team?
9  A   Yes.  They were considered to be part of the battalion team.
10      The three of us were the management team for the City fire
11      department.  The only non-union members in the organization is
12      the three of us.
13  Q   How many members were in the fire department on average?
14  A   Ninety.  Ninety.  In the ninety range.
15  Q   How many stations?
16  A   Five active stations.
17  Q   And that would have held true when you retired about 2000 --
18      in 2013?
19  A   That's what they had and then they had -- they had the airport
20      after that.
21  Q   Who did you report to?
22  A   I reported directly to the City Manager.
23  Q   I'll show you what has -- is listed as Defendant Exhibit G.
24      Can you take a look at that and identify it for me, if you
25      can?

1  A   I guess that would be about -- yes, that would be right, yes.
2  Q   Did you discuss with both of them the standby requirements
3      before they accepted the position?
4          MR. ALVAREZ:  Objection.  Asked and answered.
5  BY MR. KRETER:
6  Q   Okay.  Go ahead.
7  A   Yes.  That discussion was had with both parties.  The
8      expectation that, and I would include myself in that three
9      week in the rotation.  So every third week they would be
10      on-call and expected to respond to structure fires after hours
11      and on weekends.
12  Q   Did they raise any issues or concerns when you initially
13      discussed it with them?
14  A   No, they did not.  They were both very receptive and filled
15      the role very well.
16  Q   What is the organizational structure of the fire department?
17  A   Starts out with probationary firefighter, firefighter,
18      Lieutenant, Captain, Battalion Chief, Chief.
19  Q   And do the Battalion Chiefs report directly to you?
20  A   Yes, they both report directly to me, yes.
21  Q   And you said there are two -- two Battalion Chiefs?
22  A   Correct.
23  Q   And you said suppression is one?
24  A   One was in charge of the suppression division; one was in
25      charge -- the title was Administrative Battalion Chief in

1  A   This is a Departmental Directive written by myself.  This is
2      directed to all personnel.  This defines general
3      responsibilities for myself, Administrative Battalion Chief,
4      Suppression Battalion Chief.  This defines how they contact us
5      after hours if needed, our contact numbers are here, different
6      things that we are responsible or I might be responsible for
7      after hours.
8  Q   I'd like to discuss the responsibilities of you and the
9      Battalion Chiefs.  I'd like to start with you.  What were your
10      responsibilities as Fire Chief?
11  A   Well, first of all, my responsibility as Fire Chief were
12      overall general operation of the department.  I was
13      responsible for hiring.  I was responsible for apparatus
14      purchases.  I was responsible for apparatus maintenance.  I
15      had two direct reports, being the Battalion Chiefs.  For a
16      period of time I was in charge of Central Dispatch.  I handled
17      most of the workman's comp cases for the department.  I was
18      most of the -- a lot of the public relations for the
19      department was my responsibility.  Budgeting was my
20      responsibility, to develop a budget, make sure the budget was
21      administered throughout the year.  I guess, you know,
22      overseeing of basically the whole department.
23  Q   So you were responsible for the fire department?
24  A   Yes, I was.
25  Q   And what roles, and we will start with the Suppression

1    Battalion Chief.  What was the role of the Suppression
2    Battalion Chief?
3 A  Well, he was the immediate Supervisor for all of the station
4    officers.
5 Q  And how many station officers were there?
6 A  We had about twenty-seven officers.
7 Q  Okay.
8 A  They were a direct report to him, the station officers.  The
9    Lieutenants and the Captains were a direct report.  He was
10   responsible for maintenance and maintaining all of the SCBA,
11   self-contained breathing apparatus.  His responsibility was
12   maintenance of the station, make sure the stations were
13   maintained.  He was responsible for facilitating necessary
14   supplies for the department.  He was responsible for purchase
15   and maintenance of uniforms, for all personnel.
16        Facility issues were his responsibility, to see to
17   it that they got repaired in a timely fashion or provide the
18   people with the necessary means to take care of that.
19 Q  And those facilities would be the stations?
20 A  Yes.  And maintenance of standards, which means that the
21   officers and the personnel are, you know, adhering
22   uniform-wise, dress code-wise, grooming standards.  He was in
23   charge of twenty-seven people were direct reports to him.
24   Nine people per day.
25 Q  Mr. Holt testified in his deposition that essentially all the

1    in writing.  If the same offense is repeated, then it will go
2    to a written.  Then if the same offense is repeated again, it
3    could possibly go to time off.  He's responsible for the
4    follow up of that and to make sure that is given.  The oral
5    and the written.  If it goes to time off, then that becomes --
6    goes to the City Manager through me.  I never operate in a
7    vacuum.  If discipline was going to be given to somebody,
8    Battalion Chief Holt would have a conference with me.  I
9    generally knew that before it happened.  But he was the person
10   that would issue the majority of the discipline of the Station
11   Officers.  The firefighters, their discipline would be given
12   by the Station Officer, because that's who their immediate
13   supervisor is, is the Station Officer.
14 Q  Would their level of discipline ever reach Mr. Holt, the
15   Suppression Chief?
16 A  Yes.  Yes.  He would know that that was happening.
17 Q  And when the officer's level of discipline would reach time
18   off and that was discussed, you said, with the City Manager or
19   Human Relations?
20 A  That goes through Mr. Claggett's office, Employee Relations
21   and then ultimately it has to go to City Manager's office for
22   approval before I can issue the time off.
23 Q  Would Mr. Holt's recommendations be given any particular
24   weight?
25 A  Oh, absolutely.  Absolutely.  Yes.  It would be given a lot of

1    firefighters worked for him.  Would that be fair to say?
2 A  That is fair to say, yes.  That is fair to say, yes.
3 Q  That was --
4 A  The Suppression Division did report to him.  If a firefighter
5    had a problem that he didn't want to deal with his immediate
6    supervisor, then Lieutenant Chief Holt was the person he was
7    going to go to, yes.  He was in charge of that division.
8 Q  So in addition to the twenty-seven officers, how many
9    firefighters were there?
10 A  Roughly -- roughly seventy-five.
11 Q  So he was --
12 A  Approximately seventy-five -- about sixty.
13 Q  So the Suppression Battalion Chief would be roughly
14   responsible for a hundred employees?
15 A  Well, it's not a hundred.  It's more in the seventy range.
16 Q  Okay.
17 A  Our numbers fluctuated up and down with budget.
18 Q  Well, I was adding the firefighters with the officers.
19 A  Yes.  It would be more in the seventy-five range now.
20 Q  Was he involved in the discipline?
21 A  Yes.  He was -- he was if a Station Officer needed discipline,
22   Battalion Chief Holt would be the person to do that, yes.
23 Q  And how would that process work?
24 A  Well, depending on the infraction, discipline starts off with
25   an oral confirmed in writing.  He would do the oral confirmed

1    weight.
2 Q  Was there any physical activity involved being a Suppression
3    Chief?
4 A  Well, very little physical activity.  Like I say, there isn't
5    any, as I stated, you know, Battalion Chief Holt was
6    responsible for, you know, purchasing supplies and things like
7    that.  So he would, you know, many times go to the store and
8    purchase things.  He was in charge of SCBA maintenance, which
9    he had a work station in the second story of Station 1 and
10   had, you know, was up and down stairs a lot with tanks and
11   carrying things like that.  So there was the majority, I will
12   say our job, myself and theirs, was administrative functions,
13   you know, management.  But there was -- there is some, you
14   know, just Station 1 is not a manned station.  It used to be a
15   manned station.  When it was a manned station it was much
16   easier for us to come in and grab somebody to do some of those
17   physical things that, as we vacated that station, the three of
18   us would just do.  But the majority of our job function was
19   not physical work, it was, you know, management and
20   leadership.
21 Q  That was the primary responsibility?
22 A  That's the primary responsibility of the three of us, yes.
23   The physical work was -- is there for firefighters, company
24   officers.
25 Q  Was there any -- well, strike that.  What percent of time do

1    you believe that the Suppression Chief was actually involved

2    with fighting fires?

3         MR. ALVAREZ: Objection. Calls for speculation.

4  BY MR. KRETER:

5  Q   Do you have -- well, strike that then. Was there any

6    expectation that the Suppression Chief would actually fight

7    fires?

8         MR. ALVAREZ: Objection. Leading question.

9  BY MR. KRETER:

10 Q   At a fire scene, what was -- if the Suppression Chief was on

11   scene, on-site, what would his role be?

12 A   Our job as incident commander is to manage, lead and direct.

13   We are not -- we are not involved in suppression. We are

14   there to manage, lead and direct. Our responsibility really

15   is primarily in a vehicle, monitoring the situation, taking

16   input from the company officers. And we stay in the vehicle

17   for many reasons. One is we can hear radio traffic better.

18   We try to pick a focal point where we can see the fire ground.

19   And then we also have what we call -- we call an on deck. We

20   have a pool of people who are not assigned to a task at the

21   time and they will be assigned in front of the command car so

22   that if something does happen, we had a pool of people there

23   that we could use. But our job was to monitor radio traffic,

24   assign tasks based on what the company officers want and need.

25   So we are there to manage the scene.

1  Q   Not physically fight the fire?

2  A   No, we do not physically fight a fire.

3  Q   What were the duties of the Administrative Battalion Chief?

4  A   Well, pretty broad. He was in charge of the training

5    division, which means he's responsible for making a plan for

6    training, go over that plan with the training officer to be

7    instructed. Manage the training officer. He's responsible

8    for making sure that the necessary continuing Ed credits for

9    MFR and medical is taken -- we get on an annual basis. There

10   is certain trainings that we have to meet a mandate on, so it

11   is his responsibility to make sure that those -- that criteria

12   is met. It is his responsibility to oversee the HAZMAT team

13   and somewhat the administration of HAZMAT. Road safety, which

14   is a device assigned to the apparatus for driving practices.

15   It's his responsibility to do a monthly download of that,

16   printout a sheet to see where our drivers are ranked. If they

17   are below the standard line, then he would take appropriate

18   necessary action on that.

19        He would develop the plan of the day. Which the

20   plan of the day is in the morning. We would -- Battalion

21   Chief Holt, I might have something for the plan of the day,

22   but what training is going to take place, whether it be

23   company level. If there is public relations throughout the

24   day, he would develop that in the morning. So everybody in

25   the department could look -- get on a computer and look at

1    that, so everybody is operating off the same page for the day.

2         On that plan of the day, his responsibility to put

3    the street closures on there and things that may come in from

4    other departments in the City.

5         MDCs are mobile data computers, he is

6    responsible for the upgrades of those, making sure that we

7    have preplans and things that we were trying to develop to put

8    into those. A preplan is where the fire officers go out and

9    draw up a plan, certain things in that building on and then we

10   input that into that so the company officers can look at that.

11   That was a project that was growing over time as technology

12   come with us.

13        Vacation and Kelly changes, firefighters can change

14   their vacation, their Kelly Day. They can call in and take a

15   Kelly Day. He's responsible to manage the vacation and Kelly

16   schedule in the morning.

17 Q   I may have asked this question, but what is a Kelly Day again?

18 A   It's a day assigned to firefighters to compensate for the work

19   week. It's a day off.

20 Q   What was the extent of the physical activity involved in the

21   Administrative Battalion Chief?

22 A   I would say far less than probably what the Suppression

23   Battalion Chief did. I mean the majority of his work was

24   dealing with people. Very little. Maybe 5 percent of the

25   time would be anything physical. His job was to administer

1    the things we just spoke of. And I would have to say other

2    duties as assigned by the Chief, which some days were many.

3  Q   And again, his job description did not include fighting fires?

4  A   No, his job description does not include firefighting.

5  Q   When you were Fire Chief, on average, do you know how many

6    structure fires there were in a week?

7  A   Probably average about one to one point five per week. It

8    would range in the sixty, seventy a year average, structure

9    fires.

10 Q   And you said that you were on-call or on standby?

11 A   Yes. We had a three week rotation. I took the -- I took the

12   call duty one week, and then Battalion Chief Holt took it, and

13   then Battalion Chief Erskine.

14 Q   And can you describe what that week looked like?

15 A   Well, after five -- after 5 o'clock, our normal business day

16   was over. So then we all disbursed and went home, at which

17   time then I could either choose to monitor the radio. I was

18   assigned a portable radio. We were all assigned a vehicle to

19   drive home. We were also, all had a pager. It is either a

20   work pager or monitor pager. It's about the size of a cell

21   phone. Wear it on our -- we can either put that on monitor so

22   we can hear all the radio traffic that is going on in the

23   department or we can put it on what we call, if I was going to

24   go to dinner I was going to go someplace out for the evening

25   or going to go to church or something, I put it on alert. And

1    then what it does, when we get a reported structure fire which
2    we are responsible to respond to, we are counted as part of
3    the manpower, so we have to respond.  At that time that thing
4    would vibrate and then I would know there was a structure fire
5    coming in.  And at that point in time, I have to get up and
6    dismiss myself from whatever I might be doing and listen for
7    radio traffic and be prepared to respond.
8 Q   All right.  So if I understand you correctly, if you went out
9    to eat, you would not have to leave your radio on to have
10   everybody hear the radio traffic?
11 A   No, it's optional.  If I was sitting in a restaurant, you
12   know, I would always have a portable radio with me, because if
13   I got up and left -- if you have a structure fire, Central
14   Dispatch gives us the alarm.  At approximately one minute
15   after the alarm is sounded, they do what they call a radio
16   check.  And what they are doing is they are checking to see if
17   all units are responding.  So the apparatus that is supposed
18   to be responding will give a radio -- acknowledge a radio
19   check.  And then after that, we acknowledge that we are on the
20   road.  Then the dispatch would know if they have two or three
21   engines coming, a truck, and an inside command.  So I would
22   have that radio in my presence, and I would do a radio
23   check if I wasn't right next to my car.  At that time I start
24   monitoring the radio traffic, because the incident started.
25   When they dropped the tone, the incident started.  So then we

1 A   No, there is no expectation the radio was monitored 24/7.
2 Q   You talked about all stations.  What is all stations?
3 A   That's -- any time there is a report of a structure fire,
4    there is an all stations tone given.  There is a single
5    station tone for medicals, car fires, grass fires, other.  So
6    a tone generator, so either they have a single station tone,
7    then you have an all stations tone.  Only time you get an all
8    stations tone is for structure fires, reported structure
9    fires.  Otherwise all the other stations would be hearing all
10   the traffic all night of five other stations going out on you,
11   know, twenty, thirty medicals, so.
12 Q   And when you were on-call you were only required to respond to
13   structure fires?
14 A   Yes.  Yes.  Unless requested by the company officer, if the
15   company officer had something that he wanted assistance with,
16   he would get hold of the Duty Chief, which was very rare.  But
17   we, the expectation was we respond to all structure fires,
18   yes.
19 Q   Which would be the all stations tone?
20 A   The all stations tone, yes.
21 Q   And when you say very rare where you would have to respond to
22   something other than a structure fire, first what would that
23   be?
24 A   Well, in my case there might be a mutual aide where we are
25   assisting another department.  If an officer had an accident

1    start monitoring the traffic.
2 Q   But if you're at an event you don't need the radio on because
3    you've got --
4 A   No, not as long as I had a pager.  As long as I had the pager
5    on and I had it on alert and it was going to vibrate, I knew I
6    was going to get the alarm.  I didn't have to have the radio
7    on.  I didn't.  There was no expectation we monitor the radio
8    is monitored 24/7.  There was an expectation we respond 24/7,
9    but not that we monitor 24/7.
10 Q   What about when you were sleeping at night?
11 A   When I was sleeping at night, I put my pager next to the bed,
12   my pager and my radio next to the bed.  I put my pager --
13   there is two different -- there is an alert tone it vibrates
14   and there is an alert tone that gives you a tone that you're
15   not going to miss.  It covers to all stations.  So then I
16   would just put it on the alert typically, give you an audible,
17   it breaks the carrier.  At that time you get up, get in your
18   car and respond.  So I personally did not have a radio on in
19   the bedroom.  I did have a monitor in part of the house that I
20   never turned off 24/7 to my choosing.  It was just on, but it
21   did not -- quite frankly I slept through that.  I could sleep
22   through that.  But I could not sleep through my pager going
23   off.
24 Q   So there was no requirement that the radio be on when you are
25   on standby?

1    or a HAZMAT incident or something where they needed
2    assistance, then they may call for the Duty Chief to come up
3    and give some assistance.  But I would say that that is half
4    dozen times a year, maybe a dozen.
5 Q   Now, what we just talked about responding, that would apply to
6    anyone on-call, you as Chief and the Battalion Chiefs,
7    Mr. Holt and Mr. Erskine?
8 A   Yes.  The roles for the Duty Chief were the same.  I
9    guess I should define, one thing they did when they were
10   on-call that I did not do.  I never -- I did not do the hiring
11   in the morning.  They did that.  When I was on-call one of
12   them would get up, if they were home on a weekend, get up and
13   listen to the assignment line and hire overtime.  I did not.
14   But as far as their response, yes, the response was the same.
15   I responded to all structure fires.  They responded to all
16   structure fires.  I responded if I was requested by a Company
17   Officer.
18 Q   When you talk about scheduling, what do you mean?
19 A   In the morning -- we have an assignment line.  We have a
20   call-in sick line.  So if somebody was to call-in sick and we
21   were at minimum manpower, a Battalion Chief is going to have
22   to hire overtime to fill that, to fill that seat if we don't
23   have enough manpower on duty.
24 Q   And that's something the on-call Battalion Chief would do?
25 A   Yeah.  They did it when they were on-call and then they -- the

1    week I was on-call, they split it up amongst themselves on
2    duty.  And Monday through Friday was done when they come in at
3    7 o'clock, that person would come in at 7 o'clock.  On the
4    weekend they can do it from home.  They can access the call-in
5    line from a remote access and they can hire from a remote
6    access too.
7 Q    And generally how long would that take?
8 A    Well, depends how many people want to work that day.  I would
9    say on an average I would give it 45 minutes I would say on an
10   average.  By the time they -- you know, they got to check the
11   assignment line.  You know, if they need just one person and
12   they are lucky they call somebody that wants to work, they say
13   yes, I'll work and then they are good.  But if they don't, if
14   it is the Fourth of July nobody wants to work they are going
15   to go through a whole shift and then they are going to go back
16   to the top and they are going to have to order somebody.  If
17   you have to hire four or five people, and you got to hire an
18   officer and you got to sort through, okay, who do I have to
19   hire.  I got to hire an officer, and I got have a firefighter,
20   I got to have a driver for this, I got to have a truck
21   operator.  You know, you might get into an hour here.  But I'm
22   going to, I'm just saying on average 45 minutes.
23 Q    And could they do that from anywhere?
24 A    They could do -- yes, it can be done remotely.  They can
25   access the assignment line remotely and they can do it from

1    the first engine gets on the scene, and they do a size up.
2    And we are monitoring that size up, we are listening to what
3    they have.  We are listening to dispatch for any additional
4    information they may tell us, you know, we have had several
5    calls on this, we got somebody trapped.  They are going to
6    give us additional information as they get it, if they can.
7    We are monitoring that.  And then when the first engine
8    company gets on the scene, they are going to do a size up.
9    And then we're creating and looking in our mind, listening and
10   creating a plan in our mind.  We may be -- we may be seven to
11   ten minutes away from that scene, so but we are still
12   listening and we are still, you know, formulating a plan.  If
13   it was something that is -- we -- if there is somebody trapped
14   or something we sense should be done that is not being done by
15   the Incident Commander, then we will step in and make that
16   call, send another engine.  We are not going to overrule what
17   they are doing there, it's their scene.  First officer on the
18   scene is the Incident Commander, the next arriving engine will
19   assume command.  And then when we get on the scene, we will
20   stage our car and assume command of the incident at which time
21   we take control of the incident.
22 Q    And that would be either you or one of the Battalion Chiefs,
23   whoever was on-call and on the scene?
24 A    Yeah.  After 5 o'clock, the on-call, during the day, Monday
25   through Friday, eight to five, the Suppression Battalion Chief

1    their laptop remotely, yes.  They have the hiring list in
2    front of them, which they update daily.  So that that hiring
3    list has to be updated so we are not violating the contract
4    and hiring the wrong person and we end up paying someone who
5    didn't work.
6 Q    So once you receive the call while you're on standby, you
7    check in through the radio, correct?
8 A    Yes.  We receive an all stations tone that goes to all the
9    stations and then us through either a radio or a pager.  Then
10   after that, the dispatch will do an alarm office check and the
11   engines that are responsible to respond will go in sequential
12   order and acknowledge that they are on the road so the
13   dispatch knows somebody -- we all got the tone, we got the
14   message.  You know, can it fail?  Absolutely.  It is a very
15   reliable system, but still.  And then after they all
16   acknowledge they are on the road, then one of us, either Car
17   1, Car 3 or Car 4, we acknowledge that we are responding also.
18 Q    You say Car 1, Car 2, Car 3.
19 A    Car 1, Car 3, Car 4.  I was Car 1.  Suppression Battalion
20   Chief was Car 3.  Administrative Battalion Chief is Car 4.
21   They are assigned a departmental number.
22 Q    And so at that point, everybody is on line so to speak?
23 A    Yes.  At that time, everybody is hearing the same radio
24   traffic.  We are monitoring for -- we monitored that they were
25   on the road, we know that they are responding.  And then when

1    responded to those alarms.  After 5 o'clock the Duty Chief,
2    whoever was on-call, took those calls.  On the weekends,
3    whoever was on-call took those calls.
4 Q    So once you are at the scene, do you ever get out of your
5    vehicle generally?
6 A    Very rare.
7 Q    Why is that?
8 A    Well, like I said, we stage ourselves to be able to see.  We
9    have an on-deck pool of people in front of us that we can
10   assign.  It's a controlled environment.  It's quiet.  We may
11   have somebody talking to us at the window of the car, but we
12   can, with the windows up, we have to monitor the radio traffic
13   carefully.  If something happens, somebody falls through the
14   floor, anything like that, we have to be aware of what's going
15   on in the fire scene at all times.  If we get out of the car,
16   you know, there could be fans running, there could be chain
17   saws running, it's noisy.  And if we are in the vehicle,
18   everybody knows where we're at.  We're there to -- we're there
19   to manage, lead and direct.  That's what our role is.  We're
20   there to manage the scene.
21       Will we ever get out?  During a suppression event,
22   it's -- it would be very rare.  After the event is done, we
23   may be called upon to come inside and, you know, issue some
24   advice or help for maybe investigation or something.  But
25   primarily our responsibility is Incident Commander in the

1    vehicle.
2  Q   All right.  Are you familiar with what's referred to as the
3    two-in, two-out rule?
4  A   Yes.  Two-in, two-out means if you have two firefighters in
5    the structure, you have to have two firefighters outside the
6    structure ready to rescue.  We have four man engine.  I
7    developed four man engine companies so we complied with
8    two-in, two-out.  That was a change that was made back about
9    the same time, it was before that, that was maybe in 2000 we
10    went to four man engine companies so we complied with two-in,
11    two-out.  Prior to that we had three man engine companies, so
12    you couldn't comply.  If you were first on the scene, you
13    couldn't be compliant with the two-in, two-out, because you
14    had two firefighters inside, you only had one outside.  So in
15    2000 we made some changes in how we operated and the number of
16    engines that we had.  So we had four man engine companies, so
17    when you pulled up on the scene you had two people in two
18    people out.  If something happened you could affect a rescue
19    of your people.
20  Q   That stayed that way through your tenure?
21  A   Yes.
22  Q   Did you, in the command center or the Battalion Chiefs if they
23    were in the command center of the car, did they count for that
24    two-in, two-out rule?
25  A   No.  We could count towards that, yes.  Did we -- did we ever

1  Q   And where was that kept?
2  A   In the back of our cars.
3  Q   Did you ever use yours?
4  A   Very rarely.  It was still quite white when I retired.  It
5    would be rare that I would need turnout gear.  If we, like I
6    stated, if I was after the situation was brought under
7    control, if they wanted me to come inside, if it was still
8    what I considered a hot zone, then I may put my turnout gear
9    on.  But for the most part, I would just slip a jacket on and
10    go in.  We were not -- we were not really suppression.
11  Q   When you were on-call or standby, was there a territorial
12    requirement?  Were you restricted?
13  A   I wouldn't say you were restricted.  There was an expectation
14    that you would stay in the metropolitan -- be in the
15    metropolitan area.  Not the City -- not the City of Battle
16    Creek, not the City limits, but the metropolitan area.  What I
17    define as the metropolitan area would be the City of Battle
18    Creek, Leroy Township, Leland Township, Emmett Township,
19    Pennfield.  So that it is a pretty large geographical area
20    that we would be -- they would be or any of us, would stay in
21    that metropolitan area.  If we, I guess if we crossed a line,
22    you know, for some reason into Marshall Township for some
23    reason, nobody said we couldn't, but we pretty much all -- my
24    expectation was they would be in the metropolitan area and
25    ready to respond.  And I adhered to that same thing.  I mean

1    count towards it?  It would be rare that we were going to be
2    counted as part of that.  Our role was not -- many times we
3    weren't trying to get there first.
4  Q   Is there a reason you are not trying to get there first?
5  A   Well, there is an expectation when you get there when somebody
6    has an emergency, we do something.  It is very limited what we
7    can do.  So it's beneficial that we not be the first person
8    there.  We can't affect a rescue.  We can't do any
9    suppression.  So, but could we be counted?  Yes.  But it
10    wasn't -- it wasn't -- with the two-in, two-out four man
11    engine companies it was not the norm, it was not part of our
12    normal operating procedure.
13  Q   When you say you couldn't affect a rescue if you were first
14    there, is that part of the Battle Creek protocol?  What was --
15  A   We didn't -- we didn't carry a SCBA.  We carried turnout gear,
16    but we didn't -- it just, you know, we're not firefighters.
17    We are chief officers and administrators and there to manage,
18    not try to be firefighters.
19  Q   When you say "we," that is you and the two Battalion Chiefs?
20  A   Yes.
21  Q   Mr. Holt and Mr. Erskine?
22  A   Yes, the management team.
23  Q   You said you carried some uniform?  Some gear?
24  A   We all were assigned a set of turnout gear, which is bunkers,
25    boots, coat and helmets.

1    we had to try to have a reasonable response time.
2  Q   Did you ever discipline a Battalion Chief, including Mr. Holt
3    or Mr. Erskine, for not responding timely when they were
4    on-call?
5  A   No.  That was never an issue.  Every Battalion Chief that was
6    ever in that position was very conscientious and took their
7    job very serious and that was never an issue.
8  Q   Were there any prohibitions when you were on standby or call,
9    things you couldn't do?  We talked about the geographical
10    restrictions.
11  A   Well, you know, we weren't going to consume alcohol.  I mean I
12    guess we all went -- we all had to be aware of the fact that
13    we were on-call.  I mean we may go outside and mow our lawn or
14    we may, you know, go out to dinner.  We try, you know, but you
15    still had to keep that radio so you didn't miss an alarm.
16  Q   Was there any requirement that you or the Battalion Chiefs
17    show up in uniform?
18  A   No.  No, we didn't.  We would show up in our reasonable attire
19    that we put on when we got home that night.
20  Q   So when you were on-call, were you restricted in the type of
21    activities that you would normally engage in?
22  A   Well, I guess depends on what you would call normal.  You
23    know, I had several different Battalion Chiefs who would
24    respond to me, report to me over the years.  I had one that
25    used to respond from the golf course.  He was a golfer and

1   that was his life.  He played in a league once a week.  On
2   some occasions, you know, if I wanted to do something that was
3   going to take me away from being able to do that or they did,
4   we would cover for each other on occasions.  But he was in a
5   golf league.  He played at Binder Park, so, you know, he and I
6   had a conversation about him playing golf and he did play
7   golf.
8  Q   And that was acceptable to you?
9  A   It was acceptable, yes.
10  Q   Okay.
11  A   I guess we had one that was -- had a horse farm, you know.
12   And, you know, he would go out, park his car in the field and
13   bale hay and do some things that, you know, as long as he
14   monitored the radio, which he did, it was okay.
15  Q   And that was while they were on-call or standby?
16  A   Yes.
17  Q   And who were these fellows?
18  A   That was Battalion Chief Ricker was his name and then Mark
19   Lindower was a very avid golfer and that's what his life was.
20   And so I tried very hard to be reasonable.  I wanted to be
21   reasonable.  As I stated earlier, they were all conscientious
22   employees.  They would never have made it to the level of
23   micromanagement team if they weren't.  They would have never
24   made it there.  So I didn't want to micro manage their life
25   because of this.  So and I took them to all be reasonable

1   micromanager.  I mean I never had anybody in that role of any
2   of the Battalion Chiefs I had that I didn't fully trust.
3  Q   You gave them latitude in performing their job?
4  A   Absolutely.
5  Q   Can we take a five minute break?  I'm almost through.
6       MR. ALVAREZ:  Sure.
7       VIDEO OPERATOR:  We're off the record at 11:09 a.m.
8       (At 11:09 a.m. break was taken)
9       (At 11:19 a.m. proceedings reconvened.)
10       VIDEO OPERATOR:  We're on the record at 11:19 a.m.
11  BY MR. KRETER:
12  Q   Did you ever discuss with Mr. Holt or Mr. Erskine the 53 hour
13   shift, also referred to as 24/48 versus the 40 hour standby
14   on-call shift?
15  A   Well, we had that conversation prior to them taking this job.
16   I wanted them to clearly understand the role and
17   responsibilities they were getting into.  They were both aware
18   of what a 53 hour shift was.  And they as a 53 hour Battalion
19   Chief, they were both there when we had 53 hour Battalion
20   Chiefs.  They were aware of that role.  They had both worked
21   53 hour shifts prior to becoming -- being promoted into this
22   job.  So we had discussion -- I had discussion with both of
23   them that, you know, this is going to be different.  It's, you
24   know what I mean.  Especially when you compare what they were
25   expected to do compared to 53 hour Battalion Chief.  They had

1   much more -- they had much more time in doing management
2   things and things of that nature.  But I also -- also, you
3   know, wanted to clearly make sure that they understood the
4   on-call was there.  And there was never any opposition to it.
5   I think sometimes they both enjoyed it, you know, the
6   scheduling.  We got to be home at night that we were on-call.
7   But I think they both took their roles seriously and I think
8   they both enjoyed having that opportunity.
9  Q   When there was a potential conflict, if you were on-call and
10   you have to be out of town, for example, how would that be
11   handled?
12  A   Well, if we had -- I think we were all very dedicated at
13   trying to fulfill our cycle.  But things do come up that, you
14   know, we can't sometimes can't change.  If somebody had to go
15   out of town or somebody had something to do.  And let's say it
16   was me, you know, I would make them aware.  And either one of
17   the two of them would usually step up to the plate and say,
18   you know, I'll cover for you.  If they had something -- I
19   always told them if they had something come up that they
20   needed to do, that, you know, if I could help them, I would.
21   So I would just, you know, cover for them, maybe it would be a
22   couple hours or whatever the case might be.  It didn't happen
23   a lot.  We all just pretty much took our turn and tried not to
24   imposition anybody else when it wasn't.  But there was a
25   mutual understanding.  And I will say that both Battalion

1   employees and take what they were doing very seriously, you
2   know.  I mow 9 acres of lawn at home, and every week I am
3   on-call if my lawn needed mowing I had to go out and mow it.
4   But I carried a radio with me and, you know, I may move my car
5   as close as I could to that area so I can get off the tractor
6   and get in the car and respond.  I would take my portable
7   radio with me as well as keep my pager on alert so I didn't
8   miss an alarm.  None of us wanted to miss an alarm.
9  Q   Do you believe that being on standby was so onerous that it
10   prevented you from effectively using your time for personal
11   pursuits?
12  A   No, it was not.  I was on-call for many years.  And, you know,
13   no, I didn't -- I did not.
14  Q   Did Mr. Holt or Mr. Erskine ever make any complaints to you
15   about standby or being on-call?
16  A   No, they did not.  They were very dedicated, loyal employees.
17   No, they did not.
18  Q   You talked about you didn't want to micromanage their lives
19   when they were on-call or standby, did you micromanage their
20   jobs as Battalion Chiefs?
21  A   Well, I sure hope I didn't.  I am a hands-on person, but I
22   sure hope that I wasn't viewed as a micromanager.  And I had
23   plenty of things to do myself.  My day was quite compact.  I
24   mean I probably worked an average of ten hours a day, not
25   eight hours a day.  So I sure hope I wasn't viewed as a

1    Chief Holt and Erskine were very generous to say, you know,
2    I'm good, I can help you out or they would help each other
3    out.
4  Q   Thank you. I have no further questions.
5          EXAMINATION
6  BY MR. ALVAREZ:
7  Q   You indicated that this standby week on/week off started back
8    in 2004?
9  A   I can't tell you exactly the year. I can't -- I can't -- I
10   can't give you an exact date. I think I made that clear
11   there. I can't tell you for sure what year it was.
12 Q   That's fine.
13 A   I don't know for sure. I can't. I'm sorry. I can't go back
14   that far.
15 Q   That's fine. And you indicated though that one of the reasons
16   for the switch was financial issues that were occurring at the
17   City of Battle Creek at the time?
18 A   Yeah. Things were in a downturn. We had, you know, Kellogg's
19   had, you know, had left Battle Creek. Our budgets were all
20   being compressed a little bit.
21 Q   So going from the 53 hour work schedule to the standby time
22   that you have now, where it's one week on, one week off or
23   however it is, I think you had a three week cycle?
24 A   Three week cycle and that I was included in.
25 Q   That saved the City money?

1  be -- to answer any response that they needed to have?
2 A   That's -- yeah, they had to be there to respond, yes.
3 Q   During those 24 hours that a Battalion Chief was on-call
4    during that previous scheduling --
5 A   In the 53?
6 Q   Under the 53.
7 A   Okay.
8 Q   Yes. The Battalion Chief stayed at the firehouse, correct?
9 A   That's where he slept. Yes. He had an office at Station 1195
10   East Michigan Avenue. His down time was there, yes.
11 Q   And the Battalion Chief could cook a meal, could watch TV,
12   could go out to dinner?
13 A   Yes. Could go home if they lived within a reasonable
14   proximity, yes.
15 Q   Okay. Could go play golf?
16 A   No.
17 Q   Could -- well, we said they could go to dinner, but they got
18   paid for that 24 hours regardless, right?
19 A   Yes, they did.
20 Q   They weren't paid only if they responded to a fire?
21 A   No.
22 Q   And once the fire department switched over to the standby
23   schedule, a Battalion Chief who was on-call after the normal
24   business hours of 5 o'clock you said, didn't have to be at the
25   fire station, correct?

1 A   Yes. Absolute -- well, we did not -- we used to have three
2    Battalion Chiefs. We went down to two Battalion Chiefs, that
3    saved the City money, yes. And then there wasn't, when we had
4    53 hour Battalion Chiefs, there was a mandatory overtime
5    schedule in there. So we saved money there, yes. It was --
6    it was part of it was financial and part of it was there was
7    some restructuring going on City-wide.
8 Q   But the City saved money in not having to pay overtime or at
9    least less overtime than it did over the previous schedule,
10   correct?
11 A   Yes.
12 Q   Okay. And during the 53 hour schedule, you said that a
13   Battalion Chief was on-call, was on duty for 24 hours, had 48
14   hours off and then was again on for 24 hours, correct?
15 A   A shift, B shift, C shift, yes.
16 Q   Was the Battalion Chief paid for that entire 24 hour shift?
17 A   Yes.
18 Q   Was he paid for those 48 hours in between?
19 A   No.
20 Q   For those 48 hours in between, the Battalion Chief wasn't on
21   duty, wasn't on-call and could do whatever they wanted for
22   those 48 hours?
23 A   Yes. That was their days off.
24 Q   While the Battalion Chief was on duty for 24 hours though,
25   they had to stay at the firehouse, they had to stay close to

1 A   Correct.
2 Q   They could be at home?
3 A   Yes.
4 Q   They could have dinner at home. They could watch TV at home.
5    They could do all the things that they were doing at the fire
6    house, but at home?
7 A   That's right. That's correct.
8 Q   But they didn't get paid for those hours that they were
9    waiting?
10 A   They received a stipend for that time that they were on-call.
11 Q   And how much was that stipend?
12 A   I can't -- I cannot remember.
13 Q   But they'd get paid for every hour that they were on standby?
14 A   No, they did not.
15 Q   You said that -- I think what you said was that a Battalion
16   Chief is not a firefighter, correct?
17 A   That's correct.
18 Q   Okay. So could I become a Battalion Chief? I have a law
19   degree. I have a four year degree. I know how to administer
20   stuff.
21 A   Under Act 78 you can't, no.
22 Q   Why is that?
23 A   It has to come up through the -- you have to have two years in
24   the next lower rank in the fire department.
25 Q   Could I be a Fire Chief?

1  A   You could be hired from the outside as a Fire Chief, yes.

2  Q   And as a Fire Chief, could I respond to a call and be part of

3      the two-in, two-out?

4  A   Not just coming off the street you could not, no.

5  Q   Because I would need to have training as a firefighter?

6  A   That's correct.

7  Q   So a Battalion Chief is a firefighter?

8  A   Well --

9  Q   Yes or no?

10 A   They're not part of the -- I guess you're splitting hairs

11     here.

12 Q   I am not splitting hairs.

13 A   They are not a firefighter, no.  They are a Battalion Chief.

14 Q   Are they trained to fight fires?

15 A   Yes, sir.

16 Q   Could they count as one of the persons of two-in, two-out?

17 A   They can.

18 Q   Did they have their equipment in order to be able to fight a

19     fire when they responded?

20 A   They had the turnout gear, yes.  They did not have an SCBA.

21     They would have to -- let me answer the question.

22 Q   Sure.

23 A   They would have to secure an SCBA.  They did not carry all the

24     equipment they needed.

25 Q   Are the SCBAs on the fire engines?

1      fighting fires?

2  A   No.

3  Q   Correct?

4  A   No, absolutely not.

5  Q   Okay.

6  A   They do --

7  Q   When you were Fire Chief, could you predict when there was

8      going to be a structure fire?

9  A   No.

10 Q   Could you predict when there was going to be a multiple

11     vehicle accident?

12 A   No.

13 Q   Could you predict when there was going to be a hazardous

14     material spill that would require a response?

15 A   No.

16 Q   And so because you couldn't predict, that was the purpose of

17     having the radio, the pager and someone on duty or on-call to

18     respond, correct?

19 A   Yes.

20 Q   So even if you could go out to dinner, even if you could go

21     play golf, even if you could mow your lawn, you still had to

22     monitor your radio or monitor for an all call -- all stations

23     call, correct?

24 A   If I was on -- if I was the Duty Chief, yes.

25 Q   And you said that typically you would -- they would have to

1  A   Yes.

2  Q   Okay.  So they could have gotten one?

3  A   Yes.

4  Q   And they could fight a fire if necessary?

5  A   Yes.

6  Q   So they are firefighters?

7          MR. KRETER:  I'm going to object.  Asked and

8      answered.

9  BY MR. ALVAREZ:

10 Q   What do firefighters do when they're on duty?

11 A   What do they do when they are on duty.  Well, their shift runs

12     8:00 a.m. to 8:00 a.m.  They come in in the morning.  They

13     thoroughly check their apparatus.  They have designated and

14     assigned training they have to do on a given day.  They have

15     house duties they have to do on a given day.  Then --

16 Q   What are house duties?  I'm sorry.

17 A   Cleaning of the station, mowing of the lawns, washing the

18     windows, maintaining the apparatus.  Light maintenance around

19     the station.  Painting the facilities.

20 Q   So does -- a firefighter doesn't or isn't fighting fires the

21     24 hour shifts that they are there?

22 A   No, absolutely not.

23 Q   What are they there for?

24 A   Standby.

25 Q   Okay.  And so the majority of the time isn't really spent

1      respond within seven to ten minutes to a structure fire,

2      correct?

3  A   Yes.

4  Q   And --

5  A   Didn't have to.  I said that was about the average response

6      time.  I didn't say "have to."

7  Q   Okay.  Was there a -- was there a requirement for the amount

8      of response time?

9  A   No.

10 Q   Could they take an hour?

11 A   No.

12 Q   Fire Chief Schmaltz in his deposition testimony testified that

13     under fifteen minutes was what he considered a reasonable

14     response time.

15         MR. KRETER:  I'm going to object.  I think that

16     mischaracterizes his testimony.  But you may answer.

17 BY MR. ALVAREZ:

18 Q   Is that reasonable, fifteen minutes?

19 A   Well, I guess if you were -- if you happened to be out in Fort

20     Custer and the report of structure fire was on Capital Avenue,

21     Southwest, I guess I would say that was probably reasonable.

22 Q   How far away is that?  I'm not familiar with the area.

23 A   That's probably about a good eight miles.

24 Q   Okay.  So then you have to be -- so you consider it reasonable

25     to have to be within ten miles of any incident?

1 A   I don't -- I don't know what the mileage would be, you know.

2 Q   So time-wise, fifteen minutes is reasonable?

3 A   Well, I'm not -- I didn't have an expectation there was going

4     to be a time.  I know where Battalion Chiefs lived, you know.

5     And there's times, even from my house to the fire, to the City

6     is, you know, depending on traffic and weather conditions and

7     whatever.  I didn't -- I didn't have -- I never put a time on

8     it.

9 Q   Whenever you had to respond, were you ever more than ten

10     minutes late or ten minutes from a structure fire?

11 A   Was I ever more than ten minutes from a structure fire?  Oh,

12     absolutely.

13 Q   So you would respond later than ten minutes?

14 A   Yeah.  There's places I couldn't get in ten minutes.

15 Q   What about longer than fifteen minutes?

16 A   I doubt that I was ever longer than fifteen minutes, but I

17     guess if it was -- there was a snow storm, I guess I could

18     have been.  There is extenuating circumstances.

19 Q   And isn't it true that neither Mr. Holt or Mr. Erskine were

20     more than ten minutes from any structure fire response?

21 A   I don't know as I could say that.  I don't think Marty could

22     get from where he lived into the City in ten minutes.

23 Q   What about fifteen minutes?

24 A   I think fifteen minutes would be possibly doable.

25 Q   So fifteen minute response time is reasonable?

---

1 A   Well, yeah.  I guess it's not going to be -- it's not going to

2     be reasonable in my mind if they are in their office and they

3     are going four blocks away.

4 Q   Of course.  Isn't it true that the department actually went

5     back to a three man engine in either 2008 or 2011 when they

6     had to renegotiate the contract with the fire department with

7     the firefighters?

8 A   In '11?  I'm not going to say what year it was.  I guess

9     that's possible, but I don't remember.  I didn't think it was

10     that early.

11 Q   And so if they -- if they did go back to a three man engine,

12     then the Battalion Chief responding to a call would count as

13     the fourth person in the two-in, two-out?

14 A   If they were the fourth person there.  If they got there

15     before another engine company, they could be counted.  But

16     they're going to have to get out of the car, put the

17     appropriate gear on and like a SCBA on.  And I very seriously

18     doubt that ever happened.

19 Q   Do you know if it ever happened with either Mr. Holt or

20     Erskine?

21 A   I don't factually know, no.

22 Q   Now, you mentioned that one of your Battalion Chiefs played

23     golf.

24 A   Um-hum.

25 Q   And were you okay with him playing golf?

---

1 A   Yes.

2 Q   Did he play golf outside of the City of Battle Creek?

3 A   Yeah, it was in Newton Township.

4 Q   And how far -- how far away was that?

5 A   Outside the City.  Roughly 3 miles.

6 Q   Would he still have been able to respond within the fifteen

7     minute response time?

8 A   I believe so, if he knew where it was at, yes.  The golf

9     course is in Howard's front yard.

10 Q   And you said that you had 9 acres of lawn that you used to

11     mow?

12 A   I still do.

13 Q   Isn't it true that your wife would mow the lawn quite often?

14 A   No, my wife has never mowed the 9 acres with a 14-foot mower.

15 Q   So if we called her to testify --

16 A   My wife might have mowed the lawn prior to 2013 occasionally,

17     yes, but never -- never the 9 acres, because I have a 14-foot

18     mower and a large tractor and she won't do it.

19 Q   Okay.  So when you were on the standby system --

20 A   I wish she would.

21 Q   So when you were on the standby schedule --

22 A   Yes.

23 Q   -- there were occasions when your wife had to mow the lawn?

24 A   No.

25 Q   Never?

---

1 A   No.

2 Q   So if we were to call her to testify she would say never?

3 A   Had to mow the lawn?

4 Q   Yes.

5 A   No, not because I was on-call.

6 Q   Okay.

7 A   No.

8 Q   Now, you also said that -- that in your opinion the

9     restrictions, the mileage restrictions, the time restrictions

10     and what you can and cannot do with your radio or your pager

11     were not so onerous that you couldn't use your free time for

12     personal pursuits.  You said that it wasn't?

13 A   For me it wasn't, no.

14 Q   Okay.  Would your wife say the same thing?

15 A   I'm sure she would.

16 Q   Okay.

17 A   I'm not going to speak for her, but.

18 Q   Did your wife ever complain to you about the fact that you had

19     to be on-call?

20 A   My wife never complained.

21 Q   You've been married for a long time, correct?

22 A   Fifty-one years.

23 Q   Fifty-one years.  So your wife is used to the life that you

24     had as a firefighter?

25 A   Yes.  Yes.

1 Q   Okay.

2 A   She sure is not anymore.  She might wish I would go back.

3     That's okay to put that on the record.

4 Q   When you mentioned earlier about having to respond to an all

5     station call, it's not just structure fires that they respond

6     to, right?  They also have to respond to multiple vehicle

7     accidents and hazardous material incidents?

8 A   No.  It was not an expectation when I was the Chief that they

9     respond to those things.  We responded to structure fires.

10 Q   Only structure fires?

11 A   Only structure fires was the expectation.  Not multi-vehicle.

12    We had Captains and Lieutenants who run those.  Only time we

13    respond to those is if they were requested.  I had no

14    expectation that they respond to those type of accidents when

15    I was the Chief.

16 Q   Okay.  Do you know if they responded though?

17 A   I think probably from time to time during the day if Battalion

18    Chief Holt was in the area he probably would respond.

19 Q   Could they respond if they wanted to?

20 A   When they were on-call?

21 Q   Yes.

22 A   Well, as I stated, if they wanted to, yes.

23 Q   Okay.

24 A   If --

25 Q   It wasn't an expectation, but they could respond if they

---

1     wanted.

2 A   If they see a need.  I wasn't going to second guess their

3     decision.

4 Q   No more questions.

5         FURTHER EXAMINATION

6 BY MR. KRETER:

7 Q   How often when you were on standby or call did you respond to

8     multi-vehicle accidents?

9 A   I don't think it was once a year.

10 Q   And do you have any knowledge of either Mr. Holt our

11    Mr. Erskine responded more than that during your tenure as

12    Chief when they were on-call?

13 A   I don't think they did, but I really can't speak to the fact

14    what Battalion Chief Holt always did during the day.  I mean

15    he was out and about.  So, but as far as when they were

16    on-call, I would say probably not, no, when I was the Chief,

17    no.

18 Q   Thank you.  I have no further questions.

19        MR. ALVAREZ:  We're good.

20        VIDEO OPERATOR:  We're off the record at 11:41 a.m.

21    End of deposition.

22        (At 11:41 a.m. deposition concluded.)

23            * * * *

24

25

---

1              CERTIFICATE

2 STATE OF MICHIGAN)
                   )
3 COUNTY OF BARRY  )

4       I certify that this transcript consisting of 51

5 pages, is a complete, true and correct record of the testimony

6 of LARRY HAUSMAN held in this case on August 9, 2018.

7       I also certify that prior to taking this deposition,

8 LARRY HAUSMAN was duly sworn to tell the truth.

9

10 August 10, 2018

11                   _____

12                   Signature

13

14                   MARY B. HOWLAND, CSR0078, CM
                      141 East Michigan, Suite 206
15                   Kalamazoo, Michigan  49007
                      1-800-878-8750
16                   My commission expires:
                      5/12/2019

17

18

19

20

21

22

23

24

25

**1**

**1** 8:15 17:9,14 27:17,18,19
**10:10** 3:2
**10:13** 3:4
**10:14** 4:7
**11** 47:8
**115-cv-00931** 3:6
**1195** 40:9
**11:09** 36:7,8
**11:19** 36:9,10
**11:41** 51:20,22
**12435** 4:14
**14-foot** 48:14, 17
**1973** 5:15
**1983** 5:10,19
**1997** 5:22
**1st** 5:10

**2**

**2** 27:18
**2000** 12:17 30:9,15
**2004** 10:7 38:8
**2008** 47:5
**2011** 47:5
**2012** 10:25
**2013** 5:24 12:18 48:16
**2018** 3:2,3
**22nd** 3:25 4:17
**23rd** 3:25 4:18
**24** 8:12,14,15, 16 39:13,14, 16,24 40:3,18 43:21

**24/48** 8:20 36:13
**24/7** 23:8,9,20 24:1
**26** 5:15
**26th** 5:24
**29th** 5:22

**3**

**3** 27:17,18,19, 20 48:5

**4**

**4** 27:17,19,20
**40** 8:4,11,25 36:13
**45** 26:9,22
**48** 8:15,16 39:13,18,20,22

**5**

**5** 8:7 20:24 21:15 28:24 29:1 40:24
**53** 8:3,10,12,25 9:5 36:12,18, 19,21,25 38:21 39:4,12 40:5,6

**7**

**7** 26:3
**78** 6:15 7:11 41:21

**8**

**83** 6:9
**84** 6:9
**8:00** 43:12

**9**

**9** 3:2 35:2 48:10,14,17
**9th** 3:3

**A**

**a.m.** 3:2,4 4:7 36:7,8,9,10 43:12 51:20,22
**Absolute** 39:1
**absolutely** 16:25 27:14 36:4 43:22 44:4 46:12
**acceptable** 34:8,9
**accepted** 7:24 11:3
**access** 26:4,5, 6,25
**accident** 24:25 44:11
**accidents** 50:7,14 51:8
**acknowledge** 22:18,19 27:12,16,17
**acres** 35:2 48:10,14,17
**Act** 6:15 7:11 41:21
**action** 19:18
**active** 12:16
**activities** 33:21
**activity** 17:2,4 20:20
**add** 9:11
**adding** 15:18
**addition** 15:8
**additional** 28:3,6

**address** 4:13
**adhered** 32:25
**adhering** 14:21
**administer** 20:25 41:19
**administered** 13:21
**administration** 19:13
**administrative** 9:4,12,14,16, 25 11:25 12:1, 5,6 13:3 17:12 19:3 20:21 27:20
**administrators** 31:17
**advice** 29:24
**affect** 30:18 31:8,13
**affirm** 3:17
**agrees** 7:3
**ahead** 11:6
**aide** 24:24
**airport** 12:19
**alarm** 22:14,15 23:6 27:10 33:15 35:8
**alarms** 29:1
**alcohol** 33:11
**alert** 21:25 23:5,13,14,16 35:7
**allowed** 8:19
**Alvarez** 3:11 4:1,3,5 11:4 18:3,8 36:6 38:6 43:9 45:17 51:19
**amount** 45:7
**annual** 19:9
**Anthony** 3:11

**anymore** 50:2
**apparatus** 13:13,14 14:11 19:14 22:17 43:13,18
**apply** 25:5
**appointing** 7:1,11
**approval** 7:9 16:22
**approved** 7:6
**approximately** 15:12 22:14
**April** 5:24
**area** 32:15,16, 17,19,21,24 35:5 45:22 50:18
**arriving** 28:18
**assign** 18:24 29:10
**assigned** 8:14 18:20,21 19:14 20:18 21:2,18 27:21 31:24 43:14
**assignment** 25:13,19 26:11,25
**assistance** 24:15 25:2,3
**Assistant** 9:4
**assisting** 24:25
**assume** 28:19, 20
**attire** 33:18
**attorneys** 3:10
**audible** 23:16
**August** 3:2,3, 25 4:17,18 5:15
**authority** 7:2, 10,11

**Avanti** 3:12

**Avenue** 40:10
45:20

**average** 12:13
21:5,7,8 26:9,
10,22 35:24
45:5

**avid** 34:19

**aware** 7:16
29:14 33:12
36:17,20 37:16

---

**B**

**back** 8:11
26:15 30:8
32:2 38:7,13
47:5,11 50:2

**bale** 34:13

**based** 18:24

**basically**
13:22

**basis** 19:9

**battalion** 6:3,
11,16 7:4,5
8:4,11,12,13
9:5 10:10,22
11:18,19,21,25
12:6,9 13:3,4,
9,15 14:1,2
15:13,22 16:8
17:5 19:3,20
20:21,23
21:12,13 25:6,
21,24 27:19,20
28:22,25 30:22
31:19 33:2,5,
16,23 34:18
35:20 36:2,18,
19,25 37:25
39:2,4,13,16,
20,24 40:3,8,
11,23 41:15,18
42:7,13 46:4
47:12,22 50:17
51:14

**Battle** 3:1,7,8,
14 4:14,24 5:2,
5,6,7,8,10,11,
14,18 6:14,23

7:2,19 10:11,
17 31:14
32:15,17
38:17,19 48:2

**bed** 23:11,12

**bedroom**
23:19

**behalf** 3:12,13

**bene** 3:22

**beneficial**
31:7

**Binder** 34:5

**bit** 38:20

**blocks** 47:3

**board** 6:19
9:18

**boots** 31:25

**break** 36:5,8

**breaks** 23:17

**breathing**
14:11

**broad** 19:4

**brought** 32:6

**budget** 13:20
15:17

**Budgeting**
13:19

**budgets** 38:19

**building** 20:9

**bunkers** 31:24

**business**
21:15 40:24

---

**C**

**call** 18:19
20:14 21:12,23
22:15 25:2
26:12 27:6
28:16 33:8,22
42:2 44:22,23
47:12 49:2
50:5 51:7

**call-in** 25:20
26:4

**called** 29:23
48:15

**calls** 18:3 28:5
29:2,3

**capacity** 5:1,2

**Capital** 45:20

**Captain** 6:17
11:18

**Captains** 7:18
14:9 50:12

**car** 18:21 22:23
23:18 24:5
27:16,17,18,
19,20 28:20
29:11,15 30:23
34:12 35:4,6
47:16

**care** 14:18

**carefully**
29:13

**Carolinas** 4:19

**carried** 31:15,
23 35:4

**carrier** 23:17

**carry** 31:15
42:23

**carrying** 17:11

**cars** 32:2

**case** 3:5 4:17
24:24 37:22

**cases** 13:17

**cell** 21:20

**center** 30:22,
23

**Central** 13:16
22:13

**chain** 29:16

**change** 10:15
20:13 30:8
37:14

**changed** 9:2
10:16

**charge** 9:15,
16,18 11:24,25
12:1,3,5,6
13:16 14:23
15:7 17:8 19:4

**check** 22:16,
19,23 26:10
27:7,10 43:13

**checking**
22:16

**chief** 5:3,22,
23,25 6:16 7:4
8:12,14 9:4,5
10:22 11:18,25
12:6 13:3,4,10,
11 14:1,2 15:6,
13,22 16:8,15
17:3,5 18:1,6,
10 19:3,21
20:21,23 21:2,
5,12,13 24:16
25:2,6,8,21,24
27:20 28:25
29:1 31:17
33:2,5 34:18
36:19,25 38:1
39:13,16,20,24
40:3,8,11,23
41:16,18,25
42:1,2,7,13
44:7,24 45:12
47:12 50:8,15,
18 51:12,14,16

**Chiefs** 6:4,11
7:5 8:4,5,11
10:10 11:19,21
13:9,15 25:6
28:22 30:22
31:19 33:16,23
35:20 36:2,20
39:2,4 46:4
47:22

**choose** 21:17

**choosing**
23:20

**chose** 7:14

**church** 21:25

**circumstance
s** 46:18

**City** 3:7,14
4:24 5:2,5,7,8,

10,11,18 6:14,
23 7:1,2,6,9,19
9:1,11 10:11,
15,17 12:10,22
16:6,18,21
20:4 32:15,16,
17 38:17,25
39:3,8 46:5,22
48:2,5

**City-wide** 39:7

**Civil** 6:22

**Claggett** 10:20

**Claggett's**
16:20

**Cleaning**
43:17

**clear** 38:10

**clock** 8:14

**close** 35:5
39:25

**closures** 20:3

**coat** 31:25

**code-wise**
14:22

**command**
18:21 22:21
28:19,20
30:22,23

**commander**
18:12 28:15,18
29:25

**comp** 13:17

**compact**
35:23

**companies**
30:7,10,11,16
31:11

**company**
17:23 18:16,24
19:23 20:10
24:14,15 25:16
28:8 47:15

**compare**
36:24

**compared**
36:25

**compensate** 20:18

**competitive** 6:18

**complain** 49:18

**complained** 49:20

**complaints** 35:14

**compliant** 30:13

**complied** 30:7,10

**comply** 8:22 30:12

**compressed** 38:20

**comprises** 6:20

**computer** 19:25

**computers** 20:5

**concerns** 11:12

**concluded** 51:22

**conditions** 46:6

**conference** 16:8

**confirmed** 15:25

**conflict** 37:9

**conscientious** 33:6 34:21

**considered** 12:9 32:8 45:13

**constraints** 9:1

**consume** 33:11

**contact** 13:4,5

**continuing** 19:8

**continuity** 9:7, 13

**contract** 10:13,14 27:3 47:6

**control** 28:21 32:7

**controlled** 29:10

**conversation** 34:6 36:15

**cook** 40:11

**correct** 10:23 11:22 27:7 39:10,14 40:8, 25 41:1,7,16, 17 42:6 44:3, 18,23 45:2 49:21

**correctly** 22:8

**count** 30:23,25 31:1 42:16 47:12

**counted** 22:2 31:2,9 47:15

**couple** 37:22

**court** 3:4,15

**cover** 34:4 37:18,21

**covers** 23:15

**creating** 28:9, 10

**credits** 19:8

**Creek** 3:1,7,8, 14 4:14,24 5:2, 5,6,7,9,10,11, 14,18 6:14,23 7:2,19 10:11, 17 31:14 32:16,18 38:17,19 48:2

**criteria** 19:11

**crossed** 32:21

**current** 4:13, 15

**Custer** 45:20

**cycle** 37:13 38:23,24

---

**D**

---

**daily** 27:2

**data** 20:5

**date** 5:14 10:8 38:10

**dates** 6:8

**day** 6:7 8:17, 18,19,21,22,23 9:13,17,21 14:24 19:19, 20,21,24 20:1, 2,14,15,17,18, 19 21:15 26:8 28:24 35:23, 24,25 43:14,15 50:17 51:14

**days** 21:2 39:23

**de** 3:22

**deal** 15:5

**dealing** 20:24

**decision** 7:3 8:24 51:3

**deck** 18:19

**dedicated** 35:16 37:12

**defendant** 3:14 12:23

**defendants** 3:7

**define** 25:9 32:17

**defined** 7:22

**defines** 13:2,4

**degree** 41:19

**department** 10:3 11:16

12:8,11,13 13:12,17,19, 22,23 14:14 19:25 21:23 24:25 40:22 41:24 47:4,6

**departmental** 13:1 27:21

**departments** 20:4

**depending** 15:24 46:6

**depends** 26:8 33:22

**deposition** 3:9,22,23 4:2 14:25 45:12 51:21,22

**describe** 21:14

**description** 21:3,4

**designated** 43:13

**develop** 13:20 19:19,24 20:7

**developed** 30:7

**device** 19:14

**dinner** 21:24 33:14 40:12,17 41:4 44:20

**direct** 13:15 14:8,9,23 18:12,14 29:19

**directed** 13:2

**Directive** 13:1

**directly** 11:19, 20 12:22

**disbursed** 21:16

**discipline** 15:20,21,24 16:7,10,11,14, 17 33:2

**discuss** 8:1

10:22 11:2 13:8 36:12

**discussed** 11:13 16:18

**discussion** 9:17 11:7 36:22

**dismiss** 22:6

**dispatch** 13:16 22:14,20 27:10,13 28:3

**District** 3:4,5

**divided** 9:14

**division** 3:5 9:19 11:24 12:2 15:4,7 19:5

**doable** 46:24

**doubt** 46:16 47:18

**download** 19:15

**downturn** 38:18

**dozen** 25:4

**draw** 20:9

**dress** 14:22

**drive** 21:19

**driver** 26:20

**drivers** 19:16

**driving** 19:14

**dropped** 22:25

**duties** 7:15,23 9:4,12 19:3 21:2 43:15,16

**duty** 8:14 21:12 24:16 25:2,8,23 26:2 29:1 39:13,21, 24 43:10,11 44:17,24

---

**E**

---

**earlier** 34:21

50:4

**early** 47:10

**easier** 17:16

**East** 40:10

**eat** 22:9

**Ed** 19:8

**effectively** 35:10

**efficiencies** 10:3

**efficient** 10:1, 2

**eligible** 6:15

**emergency** 31:6

**Emmett** 32:18

**employed** 5:8

**Employee** 16:20

**employees** 7:18 10:4 15:14 34:22 35:1,16

**employment** 5:14 7:4

**end** 27:4 51:21

**Enderle** 3:13

**engage** 33:21

**engine** 28:1,7, 16,18 30:6,7, 10,11,16 31:11 47:5,11,15

**engines** 22:21 27:11 30:16 42:25

**enjoyed** 37:5,8

**entire** 39:16

**environment** 29:10

**equipment** 42:18,24

**Erskine** 3:6 6:1,6 7:5,14

10:25 12:5 21:13 25:7 31:21 33:3 35:14 36:12 38:1 46:19 47:20 51:11

**esse** 3:22

**essentially** 14:25

**evening** 8:7 21:24

**event** 23:2 29:21,22

**exact** 38:10

**exam** 6:18

**EXAMINATIO N** 38:5 51:5

**Exhibit** 12:23

**expectation** 11:8 18:6 23:7, 8 24:1,17 31:5 32:13,24 46:3 50:8,11,14,25

**expectations** 7:22

**expected** 11:10 36:25

**experience** 10:5

**explain** 6:13 7:14 8:10

**explained** 7:24 9:6

**extent** 20:20

**extenuating** 46:18

—————

**F**

**face** 9:8

**facilitating** 14:13

**facilities** 14:19 43:19

**Facility** 14:16

**fact** 33:12 49:18 51:13

**factually** 47:21

**fail** 27:14

**fair** 15:1,2

**falls** 29:13

**familiar** 30:2 45:22

**fans** 29:16

**farm** 34:11

**fashion** 14:17

**fellows** 34:17

**field** 34:12

**fifteen** 45:13, 18 46:2,15,16, 23,24,25 48:6

**Fifty-one** 49:22,23

**fight** 18:6 19:1, 2 42:14,18 43:4

**fighting** 18:2 21:3 43:20 44:1

**fill** 25:22

**filled** 11:14

**financial** 9:1, 24 38:16 39:6

**find** 9:11

**fine** 38:12,15

**fire** 5:3,22,23, 25 6:17 7:17 8:17 11:16 12:2,7,8,10,13 13:10,11,23 18:10,18 19:1, 2 20:8 21:5 22:1,4,13 24:3, 22 29:15 40:20,22,25 41:5,24,25 42:1,2,19,25 43:4 44:7,8 45:1,12,20 46:5,10,11,20 47:6

**firefighter** 5:4, 6,7,17 11:17 15:4 26:19 41:16 42:5,7, 13 43:20 49:24

**firefighters** 15:1,9,18 16:11 17:23 20:13,18 30:4, 5,14 31:16,18 43:6,10 47:7

**firefighting** 21:4

**firehouse** 39:25 40:8

**fires** 8:9 11:10 18:2,7 21:3,6,9 24:5,8,9,13,17 25:15,16 42:14 43:20 44:1 50:5,9,10,11

**floor** 29:14

**fluctuated** 15:17

**focal** 18:18

**follow** 16:4

**formulating** 28:12

**Fort** 45:19

**fourth** 26:14 47:13,14

**frankly** 23:21

**free** 49:11

**Friday** 9:20,22 26:2 28:25

**front** 18:21 27:2 29:9 48:9

**fulfill** 37:13

**fulfilled** 7:25

**full** 4:10

**fully** 36:2

**function** 17:18

**functions** 12:1 17:12

**firefighter** 5:4, 6,7,17 11:17 15:4 26:19 41:16 42:5,7, 13 43:20 49:24

—————

**G**

**gave** 36:3

**gear** 31:15,23, 24 32:5,8 42:20 47:17

**general** 13:2, 12

**generally** 16:9 26:7 29:5

**generator** 24:6

**generous** 38:1

**geographical** 32:19 33:9

**give** 3:18 6:7, 10 22:18 23:10 25:3 26:9 28:6 38:10

**God** 3:19

**golf** 33:25 34:5,6,7 40:15 44:21 47:23,25 48:2,8

**golfer** 33:25 34:19

**good** 7:18 10:4 26:13 38:2 45:23 51:19

**governed** 6:15

**grab** 17:16

**grade** 6:17

**grass** 24:5

**grooming** 14:22

**ground** 18:18

**group** 3:12 6:24

**growing** 20:11

**guess** 11:1 13:21 25:9 32:21 33:12,22 34:11 42:10 45:19,21 46:17 47:1,8 51:2

## H

**hairs** 42:10,12

**half** 25:3

**handled** 13:16
37:11

**hands-on**
35:21

**happen** 18:22
37:22

**happened**
16:9 30:18
45:19 47:18,19

**happening**
16:16

**hard** 34:20

**Hausman** 3:9,
23 4:6,12

**Hausman's**
3:24

**hay** 34:13

**hazardous**
44:13 50:7

**HAZMAT**
19:12,13 25:1

**hear** 18:17
21:22 22:10

**hearing** 24:9
27:23

**held** 12:17

**helmets** 31:25

**hire** 25:13,22
26:5,17,19

**hired** 6:7 42:1

**hiring** 13:13
25:10 27:1,2,4

**hold** 24:16

**Holt** 3:6 6:1,6
7:4,14 10:22
12:3 14:25
15:6,22 16:8,
14 17:5 19:21
21:12 25:7
31:21 33:2

35:14 36:12
38:1 46:19
47:19 50:18
51:10,14

**Holt's** 16:23

**home** 21:16,19
25:12 26:4
33:19 35:2
37:6 40:13
41:2,4,6

**hope** 35:21,22,
25

**horse** 34:11

**hot** 32:8

**hour** 8:3,4,10,
11,12 9:5
26:21 36:12,
13,18,19,21,25
38:21 39:4,12,
16 41:13 43:21
45:10

**hours** 8:14,15,
16,22,25
10:15,16 11:10
13:5,7 35:24,
25 37:22
39:13,14,18,
20,22,24 40:3,
18,24 41:8

**house** 23:19
41:6 43:15,16
46:5

**Howard** 3:6
6:1,8 10:24

**Howard's** 48:9

**Human** 16:19

**hundred**
15:14,15

## I

**identify** 3:10
12:24

**implemented**
10:6

**imposition**
37:24

**incident** 18:12
22:24,25 25:1
28:15,18,20,21
29:25 45:25

**incidents** 50:7

**include** 11:8
21:3,4

**included**
38:24

**including** 33:2

**information**
28:4,6

**infraction**
15:24

**initially** 11:12

**input** 18:16
20:10

**inside** 22:21
29:23 30:14
32:7

**instructed**
19:7

**intended** 3:23

**interview** 7:20

**investigation**
29:24

**involved** 6:11
8:24 10:18,20
15:20 17:2
18:1,13 20:20

**issue** 16:10,22
29:23 33:5,7

**issues** 9:7,8
11:12 14:16
38:16

## J

**jacket** 32:9

**January** 5:10

**job** 7:15,17,20
17:12,18
18:12,23 20:25
21:3,4 33:7
36:3,15,18,22

**jobs** 35:20

**Joseph** 4:12

**July** 26:14

**June** 5:22

## K

**Kellogg's**
38:18

**Kelly** 8:18,19,
21,22 20:13,
14,15,17

**knew** 8:5 16:9
23:5 48:8

**knowledge**
51:10

**knowledgeabl
e** 7:18

**Kreis** 3:13

**Kreter** 3:13,21
4:4,9 11:5
18:4,9 36:11
43:7 45:15
51:6

## L

**laptop** 27:1

**large** 32:19
48:18

**Larry** 3:9,23
4:6,12

**late** 46:10

**latitude** 36:3

**law** 3:12 7:11
8:22 41:18

**lawn** 33:13
35:2,3 44:21
48:10,13,16,23
49:3

**lawns** 43:17

**lead** 18:12,14
29:19

**leadership**
17:20

**Leading** 18:8

**league** 34:1,5

**leave** 22:9

**left** 22:13 38:19

**Leland** 32:18

**Leroy** 32:18

**letter** 7:4

**level** 16:14,17
19:23 34:22

**lieu** 3:24

**Lieutenant**
5:3,17,20
11:18 15:6

**Lieutenants**
14:9 50:12

**life** 34:1,19,24
49:23

**Light** 43:18

**limited** 31:6

**limits** 32:16

**Lindower**
34:19

**list** 6:21,22
27:1,3

**listed** 12:23

**listen** 22:6
25:13

**listening** 28:2,
3,9,12

**live** 3:24

**lived** 40:13
46:4,22

**lives** 35:18

**located** 3:8

**long** 5:23 6:6
23:4 26:7
34:13 49:21

**longer** 8:3
46:15,16

**looked** 21:14

**lot** 13:18 16:25
17:10 37:23

lower 6:17
41:24

loyal 35:16

lucky 26:12

_____

**M**

made 30:8,15
34:22,24 38:10

maintained
14:13

maintaining
14:10 43:18

maintenance
13:14 14:10,
12,15,20 17:8
43:18

majority 16:10
17:11,18 20:23
43:25

make 6:25
7:12,13 13:20
14:12 16:4
19:11 28:15
35:14 37:3,16

making 19:5,8
20:6

man 30:6,7,10,
11,16 31:10
47:5,11

manage 18:12,
14,25 19:7
20:15 29:19,20
31:17 34:24

management
12:8,10 17:13,
19 31:22 37:1

Manager 7:1,
6,9 12:22 16:6,
18

Manager's
16:21

mandate
19:10

mandatory
39:4

manned

17:14,15

manpower
22:3 25:21,23

Mark 3:13
34:18

married 49:21

Marshall 32:22

Martin 3:6 6:1

Marty 6:9
46:21

material 44:14
50:7

MDCS 20:5

meal 40:11

means 14:18,
20 19:5 30:4

medical 19:9

medicals 24:5,
11

meet 19:10

members
12:11,13

mentioned
47:22 50:4

merged 5:12

merger 5:7

message
27:14

met 19:12

metropolitan
32:14,15,16,
17,21,24

MFR 19:9

Michigan 3:1,
5,7,8 4:14,18
40:10

micro 34:24

micromanage
35:18,19

micromanage
ment 34:23

micromanage
r 35:22 36:1

mileage 46:1
49:9

miles 45:23,25
48:5

mind 28:9,10
47:2

minimum
25:21

minute 22:14
36:5 46:25
48:7

minutes 26:9,
22 28:11 45:1,
13,18 46:2,10,
11,13,14,15,
16,20,22,23,24

mischaracteri
zes 45:16

mobile 20:5

Monday 9:6,
19,20 26:2
28:24

money 38:25
39:3,5,8

monitor 18:23
21:17,20,21
23:7,9,19
29:12 44:22

monitored
23:8 24:1
27:24 34:14

monitoring
18:15 22:24
23:1 27:24
28:2,7

monthly 19:15

months 4:23

morning
19:20,24 20:16
25:11,19 43:12

move 35:4

mow 33:13
35:2,3 44:21
48:11,13,23
49:3

mowed 48:14,
16

mower 48:14,
18

mowing 35:3
43:17

multi-vehicle
50:11 51:8

multiple 44:10
50:6

mutual 24:24
37:25

_____

**N**

nature 37:2

needed 13:5
15:21 25:1
35:3 37:20
40:1 42:24

negotiated
6:23 10:9,13,
16

negotiating
10:12

negotiations
10:18

Newton 48:3

night 23:10,11
24:10 33:19
37:6

ninety 12:14

noisy 29:17

non-union
12:11

norm 31:11

normal 21:15
31:12 33:22
40:23

notice 4:2,3

number 3:5
27:21 30:15

numbers 13:5
15:17

mowed 48:14,
16

**O**

object 43:7
45:15

objection 4:3,
5 11:4 18:3,8

objections
4:1,4

occasionally
48:16

occasions
34:2,4 48:23

occupation
4:15

occurring
38:16

offense 16:1,2

office 16:20,21
27:10 40:9
47:2

officer 5:20
15:21 16:12,13
19:6,7 24:14,
15,25 25:17
26:18,19 28:17

officer's 16:17

officers 14:4,
5,6,8,21 15:8,
18 16:11 17:24
18:16,24 20:8,
10 31:17

on-call 8:6
11:10 21:10
24:12 25:6,10,
11,24,25 26:1
28:23,24 29:2,
3 32:11 33:4,
13,20 34:15
35:3,12,15,19
36:14 37:4,6,9
39:13,21 40:3,
23 41:10 44:17
49:5,19 50:20
51:12,16

on-deck 29:9

on-site 18:11

on/week 38:7

**onerous** 35:9
49:11

**operate** 16:6

**operated**
30:15

**operating** 20:1
31:12

**operation**
13:12

**operator** 3:3,
15 26:21 36:7,
10 51:20

**opinion** 49:8

**opportunity**
5:25 6:2 37:8

**opposed** 9:21

**opposition**
37:4

**optional** 22:11

**oral** 6:19 15:25
16:4

**order** 26:16
27:12 42:18

**organization**
10:12 12:11

**organizational**
11:16

**overrule** 28:16

**oversee** 19:12

**overseeing**
13:22

**overtime**
25:13,22 39:4,
8,9

**P**

**pager** 21:19,20
23:4,11,12,22
27:9 35:7
44:17 49:10

**paid** 39:16,18
40:18,20 41:8,
13

**Painting** 43:19

**paperwork** 9:2

**park** 34:5,12

**part** 10:10
12:8,9 22:2
23:19 31:2,11,
14 32:9 39:6
42:2,10

**parties** 11:7

**passing** 6:18,
21

**pay** 10:15 39:8

**paying** 27:4

**Pennfield**
32:19

**people** 7:18
14:18,23,24
18:20,22 20:24
26:8,17 29:9
30:17,18,19

**percent** 17:25
20:24

**performing**
36:3

**period** 8:19
13:16

**person** 9:18
15:6,22 16:9
26:3,11 27:4
31:7 35:21
47:13,14

**personal**
35:10 49:12

**personally**
23:18

**personnel**
9:11 13:2
14:15,21

**persons** 42:16

**phone** 21:21

**physical** 17:2,
4,17,19,23
20:20,25

**physically**
19:1,2

**pick** 6:24 7:1,4
18:18

**picked** 6:22

**place** 3:22
19:22

**places** 46:14

**plaintiffs** 3:6,
12

**plan** 19:5,6,19,
20,21 20:2,9
28:10,12

**plate** 37:17

**play** 6:20 34:6
40:15 44:21
48:2

**played** 34:1,5
47:22

**playing** 34:6
47:25

**plenty** 35:23

**point** 18:18
21:7 22:5
27:22

**pool** 18:20,22
29:9

**portable** 21:18
22:12 35:6

**position** 5:19
7:24 11:3 33:6

**positive** 10:5

**positively**
10:8

**possibly** 16:3
46:24

**posts** 6:20

**potential** 37:9

**practices**
19:14

**predict** 44:7,
10,13,16

**prepared** 22:7

**preplan** 20:8

**preplans** 20:7

**presence**
22:22

**pretty** 19:4
32:19,23 37:23

**prevented**
35:10

**prevention**
12:2,7

**previous** 39:9
40:4

**primarily**
18:15 29:25

**primary** 17:21,
22

**printout** 19:16

**prior** 5:7,13
7:20 8:11
10:24 30:11
36:15,21 48:16

**probationary**
11:17

**problem** 15:5

**procedure**
6:14 31:12

**proceedings**
36:9

**process** 6:13
15:23

**progress** 5:21

**prohibitions**
33:8

**project** 20:11

**promoted**
5:17,22 10:24
36:21

**promotion**
6:11

**promotional**
6:14

**protocol** 31:14

**provide** 14:17

**proximity**
40:14

**public** 13:18
19:23

**pulled** 30:17

**purchase**
14:14 17:8

**purchases**
13:14

**purchasing**
17:6

**purpose** 8:9
44:16

**purposes**
10:12

**pursuits** 35:11
49:12

**put** 20:2,7
21:21,23,25
23:11,12,16
32:8 33:19
46:7 47:16
50:3

**Q**

**question** 18:8
20:17 42:21

**questions**
38:4 51:4,18

**quiet** 29:10

**R**

**radio** 18:17,23
21:17,18,22
22:7,9,10,12,
15,18,22,24
23:2,6,7,12,18,
24 24:1 27:7,9,
23 29:12 33:15
34:14 35:4,7
44:17,22 49:10

**raise** 11:12

**range** 12:14
15:15,19 21:8

**rank** 41:24

**ranked** 19:16

**rare** 24:16,21
29:6,22 31:1
32:5

**rarely** 32:4

rate 10:15

reach 16:14,17

ready 30:6
32:25

reason 7:9
31:4 32:22,23

reasonable
33:1,18 34:20,
21,25 40:13
45:13,18,21,24
46:2,25 47:2

reasons 9:24
18:17 38:15

recall 10:6

receive 27:6,8

received 41:10

receptive
11:14

recognized
10:11

recommendati
on 6:25 7:6,12,
13

recommendati
ons 16:23

reconvened
36:9

record 3:4,21
4:10 36:7,10
50:3 51:20

records 9:3

reference 7:21

referred 30:2
36:13

reflect 3:21
10:15

relations
13:18 16:19,20
19:23

reliable 27:15

remember
41:12 47:9

remote 26:5

remotely

26:24,25 27:1

renegotiate
47:6

renegotiated
10:14

repaired 14:17

repeated 8:18
16:1,2

report 11:19,
20 12:21 14:8,
9 15:4 24:3
33:24 45:20

reported 12:22
22:1 24:8

reporter 3:15,
17

reports 13:15
14:23

requested
24:14 25:16
50:13

require 44:14

required 24:12

requirement
23:24 32:12
33:16 45:7

requirements
8:2 11:2

rescue 30:6,18
31:8,13

respond 11:10
22:2,3,7 23:8,
18 24:12,17,21
27:11 32:25
33:24,25 35:6
40:2 42:2
44:18 45:1
46:9,13 48:6
50:4,5,6,9,13,
14,18,19,25
51:7

responded
25:15,16 29:1
40:20 42:19
50:9,16 51:11

responding
8:9 22:17,18

25:5 27:17,25
33:3 47:12

response
25:14 33:1
40:1 44:14
45:5,8,14
46:20,25 48:7

responsibilitie
s 7:17,21 12:7
13:3,8,10
36:17

responsibility
13:11,19,20
14:11,16
17:21,22 18:14
19:11,12,15
20:2 29:25

responsible
13:6,13,14,23
14:10,13,14
15:14 16:3
17:6 19:5,7
20:6,15 22:2
27:11

restaurant
22:11

restricted
32:12,13 33:20

restrictions
33:10 49:9

restructuring
39:7

retired 4:16
5:24 12:17
32:4

Ricker 34:18

ripe 6:16

road 4:14
19:13 22:20
27:12,16,25

Robert 3:11

role 7:12,13,25
11:15 14:1
18:11 29:19
31:2 36:1,16,
20

roles 7:21
13:25 25:8

37:7

rotation 8:5,6
11:9 21:11

roughly 15:10,
13 48:5

rule 30:3,24

rules 6:23 10:4

run 50:12

running 29:16,
17

runs 43:11

—————

S

safety 19:13

Saturday 9:7

saved 38:25
39:3,5,8

saws 29:17

SCBA 14:10
17:8 31:15
42:20,23 47:17

SCBAS 42:25

scene 18:10,
11,25 28:1,8,
11,17,18,19,23
29:4,15,20
30:12,17

schedule
20:16 38:21
39:5,9,12
40:23 48:21

scheduled
3:25 4:17,21

scheduling
25:18 37:6
40:4

Schmaltz
45:12

score 6:21

seat 25:22

secure 42:23

self-contained
14:11

send 7:3 28:16

seniority 6:20

sense 28:14

sequential
27:11

serve 5:23

Service 6:23

set 31:24

seventy 15:15
21:8

seventy-five
15:10,12,19

sheet 19:16

shift 8:13
26:15 36:13,14
39:15,16 43:11

shifts 8:12
9:10 36:21
43:21

show 12:23
33:17,18

sick 25:20

single 24:4,6

sir 42:15

sit 6:17

sitting 22:11

situation
18:15 32:6

sixty 15:12
21:8

size 21:20
28:1,2,8

sleep 23:21,22

sleeping
23:10,11

slept 23:21
40:9

slip 32:9

snow 46:17

someplace
21:24

Sonoma 4:14

**sort** 26:18

**sounded** 22:15

**Southern** 3:5

**Southwest** 45:21

**speak** 27:22 49:17 51:13

**speculation** 18:3

**spent** 43:25

**spill** 44:14

**split** 26:1

**splitting** 42:10,12

**spoke** 21:1

**stage** 28:20 29:8

**stairs** 17:10

**standard** 19:17

**standards** 14:20,22

**standby** 8:1 11:2 21:10 23:25 27:6 32:11 33:8 34:15 35:9,15, 19 36:13 38:7, 21 40:22 41:13 43:24 48:19,21 51:7

**standpoint** 10:1

**start** 13:9,25 22:23 23:1

**started** 5:18 22:24,25 38:7

**starts** 11:17 15:24

**state** 4:10,18, 19 8:22

**stated** 17:5 32:6 34:21 50:22

**States** 3:4

**station** 8:15,17 14:3,5,8,12 15:21 16:10, 12,13 17:9,14, 15,17 24:5,6 40:9,25 43:17, 19 50:5

**stations** 12:15,16 14:12,19 23:15 24:2,4,7,8,9, 10,19,20 27:8, 9 44:22

**stay** 18:16 32:14,20 39:25

**stayed** 30:20 40:8

**step** 22:22 28:15 37:17

**stipend** 41:10, 11

**store** 17:7

**storm** 46:17

**story** 17:9

**street** 20:3 42:4

**strike** 17:25 18:5

**structure** 8:9 11:10,16 21:6, 8 22:1,4,13 24:3,8,13,17, 22 25:15,16 30:5,6 44:8 45:1,20 46:10, 11,20 50:5,9, 10,11

**stuff** 41:20

**Sunday** 9:6

**supervisor** 14:3 15:6 16:13

**supplies** 14:14 17:6

**supposed** 22:17

**suppression** 9:14,15,19 11:23,24 12:3 13:4,25 14:1 15:4,13 16:15 17:2 18:1,6,10, 13 20:22 27:19 28:25 29:21 31:9 32:10

**swear** 3:16,17

**switch** 8:24 38:16

**switched** 40:22

**sworn** 4:7

**system** 27:15 48:19

---

**T**

**taking** 3:22 7:20 18:15 36:15

**talk** 25:18

**talked** 24:2 25:5 33:9 35:18

**talking** 29:11

**tanks** 17:10

**task** 18:20

**tasks** 9:15 18:24

**team** 12:8,9,10 19:12 31:22 34:23

**technology** 20:11

**ten** 28:11 35:24 45:1,25 46:9, 10,11,13,14, 20,22

**tenure** 5:25 30:20 51:11

**territorial** 32:11

**testified** 4:7 14:25 45:12

**testify** 48:15 49:2

**testimony** 3:17,24 45:12, 16

**thing** 22:3 25:9 32:25 49:14

**things** 13:6 17:6,8,11,17 20:3,7,9 21:1 33:9 34:13 35:23 37:2,13 38:18 41:5 50:9

**thirty** 24:11

**thought** 9:13

**Thursday** 3:2 9:6

**time** 3:21 4:18, 20,22 5:13 6:15 7:2,7 8:1, 3 9:2,8,10,25 13:16 16:3,5, 17,22 17:25 18:21 20:11,25 21:17 22:3,5, 23 23:17 24:3, 7 26:10 27:23 28:20 30:9 33:1 35:10 37:1 38:17,21 40:10 41:10 43:25 45:6,8, 14 46:4,7,25 48:7 49:9,11, 21 50:12,17

**time-wise** 46:2

**timely** 14:17 33:3

**times** 9:2 17:7 25:4 29:15 31:2 46:5

**title** 11:25

**told** 37:19

**tone** 22:25 23:13,14 24:4, 5,6,7,8,19,20 27:8,13

**top** 6:24 26:16

**town** 37:10,15

**Township** 5:6, 11,13,14,16 32:18,22 48:3

**tractor** 35:5 48:18

**traffic** 18:17,23 21:22 22:7,10, 24 23:1 24:10 27:24 29:12 46:6

**trained** 42:14

**training** 9:17 12:2,7 19:4,6, 7,22 42:5 43:14

**trainings** 19:10

**trapped** 28:5, 13

**trial** 3:24 4:17

**trip** 4:21

**truck** 22:21 26:20

**true** 12:17 46:19 47:4 48:13

**trust** 36:2

**truth** 3:18,19

**Tuesday** 9:22

**turn** 37:23

**turned** 23:20

**turnout** 31:15, 24 32:5,8 42:20

**TV** 40:11 41:4

**twenty** 24:11

**twenty-seven** 14:6,23 15:8

**two-in** 30:3,4, 8,10,13,24 31:10 42:3,16 47:13

**two-out** 30:3,
4,8,11,13,24
31:10 42:3,16
47:13

**type** 33:20
50:14

**typically** 23:16
44:25

_____

**U**

_____

**ultimately** 7:1
16:21

**Um-hum** 47:24

**understand**
22:8 36:16

**understandin
g** 37:25

**understood**
37:3

**uniform** 31:23
33:17

**uniform-wise**
14:22

**uniforms**
14:15

**union** 10:11

**United** 3:4

**units** 22:17

**update** 27:2

**updated** 27:3

**upgrades** 20:6

_____

**V**

_____

**vacated** 17:17

**vacation** 9:23
20:13,14,15

**vacuum** 16:7

**vehicle** 18:15,
16 21:18 29:5,
17 30:1 44:11
50:6

**versus** 3:7
36:13

**vibrate** 22:4
23:5

**vibrates** 23:13

**VIDEO** 3:3,15
36:7,10 51:20

**videotape** 3:9

**viewed** 35:22,
25

**violating** 27:3

_____

**W**

_____

**waiting** 41:9

**wanted** 7:22
24:15 32:7
34:2,20 35:8
36:16 37:3
39:21 50:19,22
51:1

**washing** 43:17

**watch** 40:11
41:4

**Wear** 21:21

**weather** 46:6

**Wednesday**
9:7,9,22

**week** 8:5,6,10
9:9,22 11:9
20:19 21:6,7,
11,12,14 26:1
34:1 35:2 38:7,
22,23,24

**weekend**
25:12 26:4

**weekends** 8:7
11:11 29:2

**weight** 16:24
17:1

**Western** 3:5

**white** 32:4

**wife** 48:13,14,
16,23 49:14,
18,20,23

**window** 29:11

**windows**

29:12 43:18

**work** 4:24 5:4,
5 6:1,2,3 9:6,
25 15:23 17:9,
19,23 20:18,23
21:20 26:8,12,
13,14 27:5
38:21

**worked** 5:2,6,
13,14 8:12,15,
16 9:5,9 15:1
35:24 36:20

**workman's**
13:17

**write** 6:18

**writing** 15:25
16:1

**written** 13:1
16:2,5

**wrong** 27:4

_____

**Y**

_____

**yard** 48:9

**year** 6:9 13:21
21:8 25:4 38:9,
11 41:19 47:8
51:9

**years** 6:16,24
33:24 35:12
41:23 49:22,23

_____

**Z**

_____

**zone** 32:8