UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:15-cv-931 | 8/22/2018 | 8:42 AM - 11:01 AM; 11:28 AM - 12:22 PM; 1:08 PM - 2:21 PM; 2:36 PM - 4:11 PM | Grand Rapids | Janet T. Neff |

## CASE CAPTION

| Plaintiffs: | Defendant: |
|---|---|
| Howard Holt, et al. | City of Battle Creek |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Robert Anthony Alvarez<br>Agustin Henriquez , Jr. | Plaintiffs |
| Mark E. Kreter<br>Daniel Wallace Boocher | Defendant |

## WITNESSES

Arthur David Schmaltz    P

Rosalee Holt    P

Carrie Erskine    P

Howard Holt    P

Martin Erskine    P

## PROCEEDINGS

**NATURE OF HEARING:** Day 1 of Bench trial held; Joint Exhibits 1-25, Plaintiff's Exhibits 1-16 and Defendant's Exhibits A-MM admitted; Plaintiffs rested.

Court Reporter: Kathy Anderson
Clerk: Rita Buitendorp