UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD HOLT and MARTIN ERSKINE,

    Plaintiffs,

v.

CITY OF BATTLE CREEK,

    Defendant.
_____/

Case No. 1:15-cv-931

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Court's Opinion following the Bench Trial, which concluded on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiffs.

This is a final judgment, all pending claims in this case having been resolved.

Dated: August 23, 2018

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge