**United States District Court for the** Western

**District of** Michigan

Howard Holt and Martin Erskine

Plaintiff,

vs.

Case No. 1:15-CV-00931

City of Battle Creek

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Howard Holt and Martin Erskine,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Judgment in favor of Defendant and against Plaintiffs
*The final judgment, from an order describing it*

entered in this action on the   23rd   day of   August , 2018   .

(s) Robert Anthony Alvarez

Address: 600 28th St SW

Wyoming, MI 49509

Attorney for Plaintiffs

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✔
    Court of Appeals ✔

6CA-3
11/16