**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: August 29, 2018

Mr. Robert Anthony Alvarez
Avanti Law Group
600 28th Street, S.W.
Wyoming, MI 49509

Mr. Daniel Wallace Boocher
Kent County Courthouse
180 Ottawa Avenue
Suite 10200B
Grand Rapids, MI 49503

Mr. Mark E. Kreter
Kreis, Enderle, Hudgins & Borsos
1 W. Michigan Avenue
Battle Creek, MI 49017

Re:  Case No. 18-1981, *Howard Holt, et al v. City of Battle Creek*
        Originating Case No.: 1:15-cv-00931

Dear Counsel,

   This appeal has been docketed as case number **18-1981** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  **If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately**.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 12, 2018**.  **Additionally, the transcript order must be completed by that date.**

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

|              |                                                                |
|--------------|----------------------------------------------------------------|
| Appellant:   | Appearance of Counsel                                          |
|              | Civil Appeal Statement of Parties & Issues                     |
|              | Disclosure of Corporate Affiliations                           |
|              | Application for Admission to 6th Circuit Bar (if applicable)   |
|              |                                                                |
| Appellee:    | Appearance of Counsel                                          |
|              | Disclosure of Corporate Affiliations                           |
|              | Application for Admission to 6th Circuit Bar (if applicable)   |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 18-1981

HOWARD HOLT; MARTIN ERSKINE

      Plaintiffs - Appellants

v.

CITY OF BATTLE CREEK

      Defendant - Appellee